**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **No. 21-MJ-397** |
| | : | |
| **ERIC J. BOCHENE,** | : | |
| | : | |
| **Defendant.** | : | |

## <u>ORDER</u>

In light of the government's Motion to Unseal, and the entire record herein, this Court grants the government's Motion, and the matter is unsealed.

_____
HON. ROBIN M. MERIWEATHER
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF COLUMBIA