AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
## District of Columbia

United States of America
v.
Eric Bochene

Defendant

)
)  Case: 1:21-mj-00397
)  Assigned To : Meriweather, Robin M.
)  Assign. Date : 4/23/2021
)  Description: COMPLAINT W/ ARREST WARRANT
)
)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* _____ Eric Bochene _____,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
40 U.S.C. § 5104(e)(2)(D) - Violent Entry and Disorderly Conduct on Capitol Grounds;
40 U.S.C. § 5104(e)(2)(G) - Violent Entry and Disorderly Conduct on Capitol Grounds.

Date: 04/26/2021

*Issuing officer's signature*

City and state:  Washington, D.C.        Robin M. Meriweather, U.S. Magistrate Judge
                                                                *Printed name and title*

### Return

This warrant was received on *(date)* 04/26/2021, and the person was arrested on *(date)* 05/13/2021
at *(city and state)* New Hartford, NY.

Date: 05/25/2021

*Arresting officer's signature*

Gerald J. DeRuby Jr
*Printed name and title*