AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
District of Columbia

| | | |
|---|---|---|
| UNITED STATES | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:21-cr-0418 (RDM) |
| ERIC BOCHENE | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ERIC BOCHENE                                                                                                          .

Date:    06/23/2021

s/ *John J. Gilsenan, Esq.*
*Attorney's signature*

John J. Gilsenan/Bar Roll # 700557
*Printed name and bar number*

Office of the Federal Public Defender
4 Clinton Square, 3rd Floor
Syracuse, New York 13202

*Address*

John_Gilsenan@fd.org
*E-mail address*

(315) 701-0080
*Telephone number*

(315) 701-0081
*FAX number*