# OFFICE OF THE FEDERAL PUBLIC DEFENDER
# NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Albany Office | Syracuse Office |
| 39 NORTH PEARL ST. | 4 CLINTON SQUARE |
| 5TH FLOOR | 3RD FLOOR |
| ALBANY, NY 12207 | SYRACUSE, NY 13202 |
| (518) 436-1850 | (315) 701-0080 |
| (518) 436-1780 FAX | (315) 701-0081 FAX |
| | |
| **Paul Evangelista** | **Lisa Peebles** |
| **First Assistant** | **Federal Public Defender** |

**RESPOND TO SYRACUSE OFFICE**

August 30, 2021

Hon. Randolph Moss
US District Court for the District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001

    **RE:**   *United States v Eric Bochene*, 1:21-cr-00418

Dear Judge Moss:

    Due to a medical issue that arose over the weekend, I am unable to attend tomorrow's pretrial conference. My physician was able to schedule a last minute appointment for tomorrow, but was only available at 2pm conflicting with Mr. Bochene's appearance.

    I respectfully ask the Court to reschedule the matter for an earlier time tomorrow or for any day the remainder of the week. I apologize for any inconvience.

    Respectfully submitted,

    /s/ *John J. Gilsenan*

    John J. Gilsenan, Esq.
    Assistant Federal Pub. Def.

cc:    Ms. Anita Eve, Asst. US Attorney
        ***VIA ECF***