LET IT BE FILED
R. Moss, USDJ
9/8/21

**Eric-Bochene**
c/o 19 Pinecrest Road, New Hartford, New York ( 13413 )
+1 (315) 527-4494

# Notice of Intent / Fee Schedule

To Whom It May Concern:

The annexed **Notice of Intent – Fee Schedule** is a schedule of mandatory fees instated by, I, Eric-Bochene, a man, henceforth referred to as I, me, my, mine, do hereby set forth fees to be instated in any business dealing with me for any business conducted relevant to this schedule. Fees are due and MUST be paid before said business can commence. In the event that invoicing becomes necessary, invoiced amounts are due fifteen days after date of receipt. If said fees are not met, it is my right to refuse or void any form of business interaction and/ or transaction. Fees are subject to change at any time without prior notice. I reserve the sole authority to alter, void, and/or enforce said fees and may do so at any time.

## Affirmations:

Pursuant to: 28 U.S. Code § 1746(1): Reserving ALL my Natural God-Given Unalienable Rights, Waiving None, Ever. Done on this **10th day**, of the **8th month**, in the year **two thousand and twenty-one**.

_____ ©
Eric-Bochene©, a man, With All Rights Reserved, Always

**Notary:** used without prejudice to my rights:
BE IT REMEMBERED, that on this **16th day** of the **8th month**, in the year **two thousand twenty-one**, personally appeared before me, the Subscriber, a Notary Public for the State of New York, Eric-Bochene, party to this Document, known to me personally to be such, and he acknowledged this Document to be his act and deed. Given under my hand and seal of office, the day, month, and year aforesaid.

_____
Notary Public Sitting in, and for, The State of New York

CHRYL L MOROSCO
Notary Public - State of New York
NO. 01MO6234629
Qualified in Oneida County
My Commission Expires 1/24/2023

## Private Easements Schedule
Penalty for Private Use............................................................ $250,000.00

## Public Easements Schedule
Penalty for Public Use............................................................ $250,000.00

These fees will be mandated upon the informant listed on the traffic citation ticket(s), arrest warrants, detention orders, seizure orders.

**Produce materials:**

1. Name............................................................................ $50,000.00
2. Drivers License Number............................................ $50,000.00
3. Social Security Number............................................. $100,000.00
4. Retinal Scan................................................................ $5,000,000.00
5. Fingerprinting............................................................. $500,000.00
6. Photographing........................................................... $500,000.00
7. DNA.............................................................................. $50,000,000.00
    i. Mouth swab................................................... $50,000,000.00
    ii. Blood sample................................................. $50,000,000.00
    iii. Urine sample.................................................. $50,000,000.00
    iv. Breathalyzer sample..................................... $50,000,000.00
    v. Hair sample.................................................... $50,000,000.00
    vi. Skin sample.................................................... $50,000,000.00
    vii. Clothing sample............................................ $50,000,000.00
    viii. All other fluids and genetic material............ $50,000,000.00

**Issue traffic citations and tickets of any traffic nature:**

a. Citations........................................................................ $75,000.00
b. Warning issued on paper ticket................................. $25,000.00

**Appearance in court for traffic citations:**

a. Time in court................................................................ $75,000.00/hour
b. If fine is imposed........................................................ $500,000.00

**Car / Personal Property, Tresspass, Carjacking, Theft, Interference with Commerce:**

a. Agency by Estoppel..................................................... $200,000.00
b. Color of Law................................................................ $200,000.00
c. Implied Color of Law.................................................. $200,000.00
d. Criminal Coercion....................................................... $500,000.00
e. Criminal Contempt of Court...................................... $500,000.00
f. Estoppel by Election................................................... $400,000.00
g. Estoppel by Laches..................................................... $400,000.00
h. Equitable Estoppel..................................................... $500,000.00
i. Fraud............................................................................ $1,000,000.00

Notice of Intent / Fee Schedule,
by: Eric-Bochene©, a man / 12th of August 2021

| | | |
|---|---|---|
| j. | Fraud upon the Court............................................................ | $2,000,000.00 |
| k. | Larceny.................................................................................... | $1,000,000.00 |
| l. | Grand Larceny......................................................................... | $2,000,000.00 |
| m. | Obstruction of Justice........................................................... | $500,000.00 |
| n. | Obtaining Property by False Pretenses............................. | $2,000,000.00 |
| o. | Simulating Legal Process..................................................... | $1,000,000.00 |
| p. | Vexatious Litigation............................................................... | $5,000,000.00 |
| q. | Trespass upon Motor Conveyance..................................... | $250,000.00 |
| r. | Unauthorized Relocation of Motor Conveyance.............. | $250,000.00 |
| s. | Seizure of Motor Conveyance............................................. | $250,000.00 |
| t. | Theft of License Plate........................................................... | $25,000.00 |
| u. | Unlawful Lien on Motor Conveyance................................. | $250,000.00 |

### Use of protected material under threat, duress, and/or coercion:

| | | |
|---|---|---|
| a. | Name written by the informant........................................... | $200,000.00 |
| b. | Drivers License written by the informant......................... | $200,000.00 |
| c. | Social Security Number written by the informant.......... | $200,000.00 |
| d. | Miscellaneous material written by the informant........... | $500,000.00 |

### Produce any personal information/property for business interaction:

| | | |
|---|---|---|
| a. | Financial information............................................................ | $500,000.00 |
| b. | Property inside of motor conveyance................................ | $250,000.00 |

### Time Usage for Traffic Stops:

| | | |
|---|---|---|
| a. | 30 minutes............................................................................... | $5,000.00 |
| b. | 60 minutes............................................................................... | $12,500.00 |
| c. | 90 minutes............................................................................... | $25,000.00 |

### Court Appearance Schedule:

These fees must be paid prior to my appearance. Failure to pay fines and have an additional fee of $5,000.00 per incident for breach of contract.

### Demand for Appearance in Court:

| | | |
|---|---|---|
| a. | Under protest and duress..................................................... | $75,000.00/hour |
| b. | Voluntarily............................................................................... | $10,000.00/hour |

Notice of Intent / Fee Schedule,
by: Eric-Bochene©, a man / 12th of August 2021

## Use of:

a. Name

    i. Under protest and duress…………………….     $250,000.00
    ii. Voluntarily……………………………………..     $10,000.00

b. Driver's License

    i. Under protest and duress……………….     $250,000.00
    ii. Voluntarily……………………………………..     $10,000.00

c. Social Security

    i. Under protest and duress……………….     $250,000.00
    ii. Voluntarily……………………………………..     $10,000.00

d. Miscellaneous Material…………………………………….     $25,000.00
e. Produce personal information/property for business interaction:

    i. Financial information…………………..     $25,000.00
    ii. Drivers License…………………………….     $25,000.00
    iii. Social Security Number…………………….     $25,000.00
    iv. Any additional document produced by me..     $50,000.00

## Time Usage for Court Appearances:

a. 30 minutes

    i. Under protest and duress……………….     $50,000.00
    ii. Voluntarily……………………………………..     $10,000.00

b. 60 minutes

    i. Under protest and duress……………….     $100,000.00
    ii. Voluntarily……………………………………..     $25,000.00

c. 90 minutes

    i. Under protest and duress……………….     $250,000.00
    ii. Voluntarily……………………………………..     $50,000.00

d. 120 minutes

    i. Under protest and duress……………….     $250,000.00
    ii. Voluntarily……………………………………..     $50,000.00

Notice of Intent / Fee Schedule,
by: Eric-Bochene©, a man / 12th of August 2021

## Trespass Fee Schedule:

Trespass by public official(s), police officer(s), judge(s), attorney(s), Corporation(s) and other fictional entities as well as all others who desire to contract:

| | | |
|---|---|---|
| a. | Failure to honor God Given Rights................................. | $50,000.00 |
| b. | Failure to honor Oath of Office...................................... | $25,000.00 |
| c. | Failure to honor Constitutional Oath............................... | $25,000.00 |
| d. | Failure to honor Written and/or Oral Word...................... | $50,000.00 |
| e. | Silence / Dishonor / Default........................................... | $10,000.00 |
| f. | Failure to honor / No Bond........................................... | $10,000.00 |
| g. | Phone call to my telephone number............................... | $5,000.00 |
| h. | Message on my telephone number................................ | $5,000.00 |
| i. | Use of my street address/mailing location....................... | $5,000.00 |
| j. | Time waiting for scheduled service................................ | $1,000.00/hour |
| k. | Detention from free movement...................................... | $50,000.00/hour |
| l. | Incarceration............................................................... | $50,000.00 |
| m. | Failure to follow Federal codes, rules and/or regulations..... | $50,000.00 |
| n. | Failure to follow State codes, rules and/or regulations......... | $50,000.00 |
| o. | Failure to state a claim whereby relief can be granted......... | $50,000.00 |
| p. | Failure to present a living injured party........................... | $50,000.00 |
| q. | Failure to provide signed contract.................................. | $50,000.00 |
| r. | Failure to provide IRS reporting form(s) upon request......... | $100,000.00 |
| s. | Default by non-response or incomplete response............... | $100,000.00 |
| t. | Fraud........................................................................ | $1,000,000.00 |
| u. | Racketeering.............................................................. | $5,000,000.00 |
| v. | Theft of Public Funds................................................... | $1,000,000.00 |
| w. | Dishonor in Commerce................................................. | $1,000,000.00 |
| x. | Failure to pay counterclaim in full within (30) calendar days of default as set forth herein...................... | $1,000,000.00 |
| y. | Perverting of Justice Judgement.................................... | $1,000,000.00 |
| z. | Use of my name.......................................................... | $500,000.00 |
| aa. | Forcing psychiatric evaluations...................................... | $250,000.00 |
| bb. | Failure to provide adequate and proper nutrition while incarcerated (per day)........................................... | $250,000.00 |
| cc. | Failure to provide proper exercise while incarcerated (per day)................................................. | $250,000.00 |
| dd. | Failure to provide proper dental care while incarcerated (per day)................................................. | $250,000.00 |
| ee. | Forced giving of bodily fluids......................................... | $5,000,000.00 |
| ff. | Forced injections (per instance)..................................... | $5,000,000.00 |
| gg. | Forced separation from marriage contract....................... | $1,000,000.00 |
| hh. | Confiscation/kidnapping............................................... | $3,000,000.00 |
| ii. | Attempted extortion of signature or charge...................... | $6,000,000.00 |
| jj. | Attempted forgery of signature or charge........................ | $6,000,000.00 |

All claims are stated in US Dollars which means that a US Dollar will be defined, for this purpose as a One Ounce Silver Coin of .999 pure silver or the equivalent par value as established by law or the exchange rate, as set by the US Mint, whichever is the higher amount, for a certified One Ounce Silver Coin (US Silver Dollar) at the time of the first day of default as set forth herein; if the claim is to be paid in Federal Reserve Notes, Federal Reserve Notes will only be assessed at Par Value as indicated above.

RSMo 565.110. Kidnapping: A person commits the offense of kidnapping in the first degree if he or she unlawfully removes another person without his or her consent from the place where he or she is found or unlawfully confines another person without his or her consent.

Services to Others and/or Corporations:

| | | |
|---|---|---|
| a. | Studying.................................................................................... | $500.00/hour |
| | i. Under protest and duress.......................... | $50,000.00/hour |
| b. | Analyzing.................................................................................. | $500.00/hour |
| | i. Under protest and duress.......................... | $50,000.00/hour |
| c. | Research.................................................................................. | $500.00/hour |
| | i. Under protest and duress.......................... | $50,000.00/hour |
| d. | Preparing Documents............................................................ | $500.00/hour |
| | i. Under protest and duress.......................... | $50,000.00/hour |
| e. | Answering Questions............................................................. | $500.00/hour |
| | i. Under protest and duress.......................... | $50,000.00/hour |
| f. | Providing Information.......................................................... | $500.00/hour |
| | i. Under protest and duress.......................... | $50,000.00/hour |

If invoiced, payment is due within 15 days of receipt date.

Make Payments to:
Eric Bochene
c/o 19 Pinecrest Road, New Hartford, New York ( 13413 )