**Eric-Bochene**
19 Pinecrest Road, New Hartford, New York ( 13413 )

*LET IT BE FILED*
*R. Moss, USDJ*
*9/8/21*

# Cancellation of Powers of Attorney

I, Eric-Bochene, a man, declare that all presumed, assumed, Powers of Attorney, wrongfully and fraudulently attained via *"De Son Tort"*, or by any and all other forms of trickery, attempts to diminish my status and standing or, via any and all situations of duress, including: detainments or arrests, are hereby removed, cancelled, and permanently revoked effective as of: the **5th day** of the **8th month** of two thousand twenty-one.

For all intents and purposes, Eric-Bochene is **Attorney-In-Fact**, Executor, Trustee and Beneficiary related to the administration of his estates and as a Living, Breathing, man, appears and only **appears via "Special Appearance"** [see attached fee schedule] **for any and all "Matters of law"**.

All correspondence should be addressed to his owned Private Property:
19 Pinecrest Road, New Hartford, New York ( 13413 ).

**Maxims of Commerce:** All are equal under the law, in commerce truth is sovereign, truth is expressed in the form of an affidavit, an unrebutted affidavit stands as truth in commerce, an unrebutted affidavit becomes the judgement in commerce, sacrifice is the measure of credibility.

Done this **16th** day of the **8th** month of two thousand twenty-one.

By: _____ ©
Eric-Bochene© All Rights Reserved, Always.

## Public Notary Witness

New York )

Oneida County )

I, **Chryl L. Morosco**, a Public Notary, was visited today by the man known to me to be Eric-Bochene, and he did affirm and sign this Cancellation of All Prior Powers of Attorney in my presence for the purposes stated.

by: _____ Public Notary

```
CHRYL L MOROSCO
Notary Public - State of New York
NO. 01MO6234629
Qualified in Oneida County
My Commission Expires 1|24|2023
```