# OFFICE OF THE FEDERAL PUBLIC DEFENDER
# NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Albany Office<br>39 NORTH PEARL ST.<br>5TH FLOOR<br>ALBANY, NY 12207<br>(518) 436-1850<br>(518) 436-1780 FAX | Syracuse Office<br>4 CLINTON SQUARE<br>3RD FLOOR<br>SYRACUSE, NY 13202<br>(315) 701-0080<br>(315) 701-0081 FAX<br><br>**Lisa Peebles**<br>**Federal Public Defender** |

**RESPOND TO SYRACUSE OFFICE**

February 9, 2022

Judge Randolph M. Moss
United States District Court
E. Barrett Prettyman Courthouse
333 Constitution Avenue, NW
Washington D.C. 20001

      RE:   *United States v. Eric Bochene,* 1:21-cr-00418

Dear Judge Moss:

      I apologize on behalf of Ms. Eve and I for the tardiness of this status report. Newly discovered evidence has emerged, and this material, without any further context, appears substantial enough that the government and undersigned counsel have agreed to pause plea negotiations until more information can be produced to defense counsel. We will update the Court as soon as both parties have had the opportunity to fully investigate this issue.

      Respectfully,

      LISA A. PEEBLES
      FEDERAL PUBLIC DEFENDER

      By: /s/ JOHN J. GILSENAN
      Asst. Federal Public Defender

2

cc:   Ms. Anita Eve, Esq., AUSA
      **VIA ECF**