UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ERIC BOCHENE,<br><br>       *Defendant.* | Criminal Action No. 21-418 (RDM) |

## ORDER

Before the Court is a series of documents, including (1) a document captioned "Court by Special Invitation," which purports to "grant Officers of this court powers of Trustee(s) in this Constructive Trust;" (2) a document captioned "Assignment of Fiduciary Relationship" pursuant to "Internal Revenue Code Sections 6036 & 6903," which purports to "assign[] your proper fiduciary role of Trustee to as a 'Levite'" to the Clerk of the Court, the prosecutor, the judge, the magistrate judge, the "Bishop of the Diocese of Syracuse," and the "Vicar General & Moderator of the Curia (New York);" (3) an Internal Revenue Service Form 56, which purports to name the Courtroom Deputy Clerk as a "Fiduciary" acting on behalf of the Defendant pursuant to "Internal Revenue Code Sections 6036 and 6903;" and (4) a document captioned "In My Own Words (motu proprio)" which moves "that this matter be immediately Abated, the moving party be sanctioned for bringing a frivolous and un-Lawful claim before One's Court, and One's Absolute Status be KNOWN and restored as whole."

The Court has denied Mr. Bochene leave to file these documents because they are not recognized pleadings in criminal matters; because they contain no legal argument; and because this case is entirely unrelated to the federal tax laws. Mr. Bochene is representing himself in this

matter, and no one—and certainly no officer of this Court, Court personnel, or assistant United States Attorney—is serving as Mr. Bochene's "fiduciary" in this matter.  Any suggestion that the Courtroom Deputy Clerk serves as Mr. Bochene's "fiduciary" for any tax matter, moreover, is both fantastical and inappropriate.  Finally, Mr. Bochene's "motu proprio" is not the in the form a pleading, contains no legal reasoning or argument, and, instead, merely declares that "Legality is Not Reality;" that he "cannot relate to the illusion of the DEAD Legal Fiction;" and that the case should "be immediately Abated."

Going forward, Mr. Bochene is reminded of his obligation fully to comply with the Federal Rules of Evidence and the Federal Rules of Criminal Procedure.  Mr. Bochene acknowledged at his May 11, 2022 *Faretta* hearing that he would be bound by those rules, and he is hereby **ORDERED** to conform his future court filings with the procedures set forth in those rules and in the local rules of this Court.  He is also **ORDERED** to refrain from filing or serving any tax documents or forms that purport to create or to impose any obligations, burdens, or duties on any Court personnel or counsel in this matter.

**SO ORDERED**.

/s/ Randolph D. Moss
RANDOLPH D. MOSS
United States District Judge

Date:  August 9, 2022