IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 21-418 |
| ERIC BOCHENE | : | |

### STATUS REPORT

On December 21, 2022, this Court ordered that the government consult with the United States Attorney's Office in the Northern District of New York to identify an individual to conduct a mental health evaluation of defendant Eric Bochene. The government has both consulted with the United States Attorney's Office in the Northern District of New York and the United States Probation and Pretrial Services Office in the Northern District of New York to identify a mental health expert.

Based on the government's research, for purposes of a mental health evaluation of defendant Bochene, we recommend James W. Mikesell, Ph.D., ABPP, a clinical and forensic psychologist, located at 7000 E. Genesee Street, Onondaga County, Fayetteville, New York 13066, (315) 449-0117.

Respectfully submitted,

MATTHEW GRAVES
United States Attorney
D.C. Bar No. 481052

/s/ *Anita Eve*
ANITA EVE
Assistant United States Attorney (Detailee)
PA Bar No. 45519
Cell No. (215) 764-2177
Anita.eve@usdoj.gov

## CERTIFICATE OF SERVICE

On this 7th day of January 2023, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System and to defendant Eric Bochene at mail@sansmemetics.net.

*/s/ Anita Eve*
Anita Eve
Assistant United States Attorney