Ψ      **Practice of Clinical & Forensic Psychology**      Ψ
www.jameswmikesellphd.com

# Curriculum Vitae
# James W. Mikesell, Ph.D., ABPP
**Board Certified in Forensic Psychology and in Rehabilitation Psychology**

| **Correspondence Address:** | **Practice Address:** | **Contact:** |
|---|---|---|
| 4465 E. Genesee Street | 7000 E. Genesee Street | Phone:   (315) 449-0117 |
| Box 303 | Lyndon Office Park, Bldg. C | Fax:       (315) 449-9623 |
| DeWitt, NY  13214 | Fayetteville, NY  13066 | jwmikesellphd@gmail.com |

## PRACTICE

Specialty practice of clinical neuropsychology, rehabilitation psychology and forensic psychology with extensive training and experience in assessment, treatment, and consultation.  Years of experience with all age groups in inpatient and outpatient settings. Faculty appointments to Syracuse University and Upstate Medical University Hospital.  Qualified to testify in federal, state, and local jurisdictions.  Currently the only psychologist in the U.S. who is board certified by the American Board of Professional Psychology in both Forensic Psychology and Rehabilitation Psychology.

## CERTIFICATIONS

- New York State Licensed Psychologist, #010649
- Board Certified in Forensic Psychology, American Board of Professional Psychology (ABPP), #7913
- Board Certified in Rehabilitation Psychology, American Board of Professional Psychology (ABPP), #9233

## PROFESSIONAL ORGANIZATIONS

- American Board of Professional Psychology, Forensic (Fp) and Rehabilitation (Rp)
- American Academy of Forensic Psychology, Fellow and Board Member
- American Academy of Rehabilitation Psychology, Fellow
- Association of Threat Assessment Professionals (ATAP), Member, Northeast Chapter
- National Academy of Neuropsychology, Professional Member
- American Academy of Clinical Neuropsychology (AACN), Affiliate Member
- New York Association of Neuropsychology (NYSAN), Member
- International Neuropsychological Society, Member
- American Psychological Association, Member
- APA Division 7, Developmental Psychology, Member
- APA Division 20, Adult Development and Aging, Member
- APA Division 22, Rehabilitation Psychology, Member
- APA Division 33, Intellectual & Dev. Disabilities/Autism Spectrum Disorder, Member
- APA Division 40, Society for Clinical Neuropsychology, Member
- APA Division 41, American Psychology-Law Society, Member
- APA Division 42, Psychologists in Independent Practice, Member
- APA Division 53, Society of Clinical Child and Adolescent Psychology, Member
- APA Division 56, Trauma Psychology, Member
- Central New York Psychological Association (CNYPA), Member

# Ψ    Practice of Clinical & Forensic Psychology    Ψ
**www.jameswmikesellphd.com**

## ACADEMIC/PROFESSIONAL APPOINTMENTS AND HONORS

| | |
|---|---|
| 2023 – Current | **President-Elect, American Academy of Forensic Psychology (AAFP)** <br> Serve of Board of Directors of AAFP to support continuing education, workshops, and scholarly activities of AAFP. Liaison with Oxford University Press of AAFP Series on Forensic Psychology. Responsible for AAFP Awards Program and for the Mentoring Program. Continued liaison for Position and Education Papers, and other Board tasks. |
| 2021 – 2022 | **Secretary, American Academy of Forensic Psychology (AAFP)** <br> Secretary and Member of the Board of Directors for AAFP. Assist in workshop and continued education activities for the Academy, promote scholarship in forensic psychology, developed policy for AAFP Position and Education Papers, acting moderator of the AAFP Listserv. After a two-year term, will become vice-president of AAFP, and then after two more years, will serve as President of AAFP. |
| 2020 – Current | **Committee Member, Joint AAFP/AP-LS and APA Division 42 Revisions Committee of the Specialty Guidelines for Forensic Psychology (SGFP)** <br> Selected to 6-member national committee responsible for drafting revisions to the current SGFP for the American Psychological Association (APA). |
| 2018 – Current | **Faculty Member, Practice Sample Review and Oral Examination Board, American Board of Forensic Psychology (ABFP)** <br> Review and approve/deny work samples of candidates for board certification, participate in oral examinations as the last step in approval/denial of prospective candidates for board certification in forensic psychology. |
| 2018 – Current | **Mentor, American Academy of Forensic Psychology (AAFP)** <br> Provides support and guidance for psychologists seeking Board Certification in Forensic Psychology through the American Board of Professional Psychology (ABPP). Special focus on providing feedback to improve forensic report writing for practice sample preparation and assist with readiness for the oral examination process. |

# Ψ     Practice of Clinical & Forensic Psychology     Ψ
**www.jameswmikesellphd.com**

| | |
|---|---|
| 2016 – Current | **Adjunct Professor, Forensic & National Security Sciences Institute**<br>Syracuse University, Syracuse, NY<br>Teach upper-level undergraduates and graduate students. |
| 2010 – Current | **Adjunct Clinical Faculty, Department of Physical Rehabilitation & Medicine**<br>SUNY Upstate Medical University<br>Clinical collaboration with PM&R physicians and residents. |
| 2017 – Current | **Guest Lecturer, Forensic Psychology Internship Program, Central New York Psychiatric Center**<br>Provide lectures on topics in clinical neuropsychology and psychological assessment. |
| 2009 – Current | **Adjunct Clinical Faculty, Forensic Psychiatry Fellowship**<br>SUNY Upstate Medical University, Syracuse, NY<br>Provide lectures to forensic psychiatry fellows and consult on case specific issues in forensic psychiatry. |
| 1995 – 1996 &<br>2016 – Current | **Adjunct Professor, Clinical Psychology Department**<br>Syracuse University, Syracuse, New York<br>Provided supervision to clinical psychology doctoral students. Students rotate through a subacute inpatient brain injury and learn about neuropsychological assessment methods and the general practice of rehabilitation psychology. |
| 2009 – 2012 | **Visiting Adjunct Instructor, Department of Psychology**<br>State University of New York, Oswego<br>Provision of supervision and student support to undergraduate psychology students. |
| 1991 – 1995; 2022 | **Clinical Psychology Seminar Instructor**<br>Hutchings Psychiatric Center, Syracuse, New York<br>Provide training and mentoring to clinical psychology interns on matters pertaining to clinical practice with special emphasis on the diagnostic and treatment challenges of substance abuse and dual-diagnosis patients, neuropsychological assessment, and forensic psychology. |
| 1990 – 1993 | **Adjunct Faculty, Chapman College, Syracuse, New York**<br>Taught courses to psychology graduate students on the topics of substance abuse, psychological and neuropsychological assessment, and research methodology. |

# Ψ    Practice of Clinical & Forensic Psychology    Ψ
**www.jameswmikesellphd.com**

## EDUCATION

| | |
|---|---|
| May 1983 | **B.S. Physiological and Developmental Psychology,** George Mason University, Fairfax, VA |
| December 1986 | **M.S., Human Development and Family Studies** Pennsylvania State University, University Park, PA |
| December 1988 | **Ph.D., Human Development and Family Studies** Pennsylvania State University, University Park, PA |

## EMPLOYMENT/WORK EXPERIENCE

2002 – Current    **Outpatient Private Practice**
Syracuse, New York
Forensic and neuropsychological assessment and consultation with adults, adolescents, and children in civil and criminal matters, schools, SNF/Rehabilitation consultation and behavior medicine services, and case consultation.

2009 – Current    **Consulting Rehabilitation Psychologist and Neuropsychologist**
St. Camillus Health & Rehabilitation Center, Syracuse, NY, Brain Injury Inpatient & Outpatient Programs. Responsibilities include neuropsychological assessment and rehabilitation psychology services to brain-injured patients in the inpatient and outpatient Brain Injury Programs, as well as all of the other clinical rehabilitation services units at St. Camillus. Provide staff consultation, behavior management plans, psychoeducation, cognitive retraining to patients, complex case consultation, doctoral student training, and consultative support to M.D. residents in PM&R from Upstate Medical University Hospital.

2011 – Current    **Consulting Behavior Medicine Specialist**
Bishop Rehabilitation Center, Syracuse, NY.
Provide expertise and consultative assessment and treatment services to all units at Bishop Rehabilitation. Cases include complex neuropsychiatric syndromes such as traumatic brain injury, Parkinson's disease, various dementias, and an array of behavioral and psychological disturbances.

2002 – 2009    **Skilled Nursing Facility/Rehabilitation Psychology**
Provided consultative neuropsychology and rehabilitation psychology services to various local inpatient SNFs and rehabilitation centers in the greater Syracuse region. Primary clientele in adult and geriatric behavior medicine.

4

Ψ      **Practice of Clinical & Forensic Psychology**      Ψ
**www.jameswmikesellphd.com**

| | |
|---|---|
| 2000 – 2002 | **Clinical Director** <br> Benjamin Rush Center/Four Winds Hospital, Syracuse, NY <br> Responsible for the operation of all clinical programming on the Adult, Adolescent and Children's Services, Admissions Department, Educational Department, Psychology Department and Adjunctive Therapies Department. Supervised, trained, and mentored all non-nursing clinical staff.  Chair for various hospital committees, including Quality Control, Ethics, Accreditation and Medical Records. |
| 1999 – 2002 | **Director of Psychology** <br> Benjamin Rush Center/Four Winds Hospital, Syracuse, NY <br> Responsible for the oversight and provision of all psychological testing and neuropsychological evaluations for the Children, Adolescent, and Adult Units.  Developed more specialized neuropsychological assessment batteries for children and adolescents and screening methods for adults suspected of mild cognitive impairment.  Over 350 evaluations and testing reports were completed per year. |
| 1999 – 2000 | **Program Director** <br> YOST, Inc., Syracuse, NY <br> Clinical oversight of mental health and substance abuse outpatient treatment services at YOST, Inc. |
| 1998 – 2000 | **Senior Vice President, YOST Corporate Services** <br> Senior corporate consultant.  Work with executive and professional staff of local businesses and corporations to improve leadership, productivity, interpersonal skills, personal vision, and managing resistance to change. |
| 1997 – 2000 | **Outpatient Private Practice, YOST, Inc., Syracuse, NY** <br> General practice with all age groups; emphasis on children and adolescents, neuropsychological testing, and forensic/custody evaluations. |
| 1996 – 2000 | **Service Chief, Children's Inpatient Unit** <br> Four Winds Syracuse, Syracuse, NY <br> Performed individual and family therapy for all patients on the 12-bed Children's Unit.  Conducted assessments and staff supervision with 24-hour on-call responsibilities.  Worked with courts, social service, and community agencies to facilitate smooth treatment and effective aftercare of children from the Central New York region. |

# Ψ   Practice of Clinical & Forensic Psychology   Ψ
**www.jameswmikesellphd.com**

| | |
|---|---|
| 1991 – 2002 | **Hospital  Private Practice** <br> Four Winds Syracuse, Syracuse, NY <br> Practice included child, adolescent, and adult treatment and neuropsychogical assessment, with specialization in dual-diagnosis and complex clinical cases. |
| 1994 –1995 | **Staff Psychologist, Children's Inpatient Unit** <br> Benjamin Rush Center, Syracuse, NY <br> Performed individual and family therapy, neuropsychological assessment, and staff supervision.  Provided clinical support coverage and performed various community service functions, forensic liaison, and advocacy roles. |
| 1991 – 1997 | **Outpatient Private Practice** <br> 614 South Salina Street, Syracuse, NY <br> General practice with all age groups; emphasis on children and adolescents, neuropsychological and forensic and custody valuations. |
| 1992 – 1996 | **American Psych Management, Inc.** <br> Provided lead role in urgent care coverage for mental health services and treatment needs for all beneficiaries under the American Psych Management. |
| 1989 – 1993 | **Service Chief, Chemical Dependency Services** <br> Benjamin Rush Center, Syracuse, NY <br> Responsible for clinical supervision of the Chemical Dependency Services, including assessment and diagnosis of dual-diagnosis, individual/group therapy, staff training, and community liaison, for 64-bed adolescent/adult units. |

## OTHER PRIOR APPOINTMENTS/HONORS

| | |
|---|---|
| 1991 – 2003 | **Medical Staff, Benjamin Rush/Four Winds Syracuse** <br> Syracuse, New York <br> Provided numerous consultative and treatment services To the various inpatient units and Benjamin Rush Center and Four Winds Hospital. |
| 1994 – 1997 | **Shareholder and Member, Psych Management, Inc.** <br> Syracuse, New York |
| 1999 – 2002 | **Admitting and Attending Privileges, Benjamin Rush Center/Four Winds Hospital** <br> Granted privileges to admit and attend voluntarily admitted psychiatric patients by the Medical Staff of Benjamin Rush/Four Winds Hospital.  To my knowledge, this was the only time in NY history that a psychologist was granted admitting and attending privileges to a New York State psychiatric hospital. |

# Ψ   Practice of Clinical & Forensic Psychology   Ψ
**www.jameswmikesellphd.com**

| | |
|---|---|
| 2022 | **Psychologist-of-the-Year, awarded by the Central New York Psychological Association (CNYPA)** |

## POST-GRADUATE CLINICAL TRAINING

| | |
|---|---|
| 1988 – 1989 | **APA approved Clinical Psychology Internship** Hutchings Psychiatric Center, Syracuse, NY Major rotation in Forensic Psychology at Central New York Psychiatric Center in Marcy, NY; minor rotation in Adolescent and Family Outpatient and Adult Day Treatment. |

## PRESENTATIONS AND PUBLICATIONS

| | |
|---|---|
| 1990 – 1999 | Numerous lectures pertaining to substance abuse treatment, child and adolescent psychodiagnostic and psychopathology, special topics in adult and family treatment.  Benjamin Rush Grand Round Lecture Series. |
| 1989 | Mikesell, J.W.  _The Psychology of Addictions._  Paper presentation at the semi-annual Benjamin Rush Center Interagency Meeting. |
| 1989 | Mikesell, J.W. & Sorensen, S.  _Family Typologies and Adolescent Self-Image._  Poster presented at the meeting of the Society for Research in Child Development, Kansas City, MO. |
| 1989 | Mikesell, J.W.  _Family Dynamics and Mental Health:  A Perspective of Developmental Psychopathology._ Paper presentation at Central New York Psychiatric Center. |
| 1988 | Mikesell, J.W.  _The Relationship Between Family Dynamics and Adolescent Self-Image:  A Multivariate-Multiprocess Approach_. Unpublished doctoral dissertation. |
| 1987 | Mikesell, J.W., White, N., & Petersen, A.C.  _Feelings Among Adolescents and Their Parents._  Presentation at the Society for Research in Child Development.  Baltimore, MD. |
| 1986 | Mikesell, J.W.  _Toward the Functional Analysis of the Stepfamily: A Pilot Study._  Unpublished master's thesis. |
| 1986 | Mikesell, J.W. & Garbarino, J.  _Adolescents in Stepfamilies_, in J. Garbarino, C. Shellenbach, and J. Sebes (Eds.), _Troubled Youth, Troubled Families,_  New York:  Aldine Press. |
| 1985 | Lehman, E., Mikesell, J.W., & Dougherty, S.  Long-term retention of information about presentation modality by children and adults.  _Journal of Memory and Cognition_. |

Ψ        **Practice of Clinical & Forensic Psychology**        Ψ

**www.jameswmikesellphd.com**

## PUBLIC APPEARANCES AND SERVICE

| | |
|---|---|
| 1989 – Current | Over 100 speeches, presentations, grand rounds, and radio and television appearances on the topics of addictions, chemical dependency, child and adolescent problem behavior, parenting practices and public interest advocacy related to the care and treatment of the seriously and persistently mentally ill and substance abusing patients.  Served on numerous community advisory boards, including steering committees promoting child welfare, integration of community treatment resources and ways to improve continuum of care services for children and adolescents with mental health problems. |
| 1992 – 1994 | Member, Board of Directors, Onondaga Council on Alcoholism and Addictions Chair, Professional Advisory Committee 1993-1994. |
| 1999 – 2002 | Steering Committee, Onondaga County Department of Social Services and Onondaga County Department of Mental Health.  Provided consultative assistance to county agencies regarding difficult to place children in the local community. |
| 1992 – Current | Provision of pro bono treatment, assessment, and forensic psychological services.  Ongoing commitment over the course of my career to provide services to those in need who might not otherwise have access to psychological services. |