1              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA
2

3

4    UNITED STATES OF AMERICA,

                                    Criminal Action
5              Plaintiff,           No. 1:21-cr-0418

6        vs.                        Washington, DC
                                    December 21, 2022
7    ERIC BOCHENE,
                                    10:05 a.m.
8              Defendant.
     _____/

9

10      TRANSCRIPT OF VIDEO STATUS CONFERENCE/MOTION HEARING
            BEFORE THE HONORABLE RANDOLPH D. MOSS
11               UNITED STATES DISTRICT JUDGE

12

13   <u>APPEARANCES</u>:

14   For the Government:     **ANITA EVE**
                             USAO-PA
15                           615 Chestnut Street
                             Philadelphia, PA 19106
16

17   **For the Defendant:**     **UBONG AKPAN**
     *(Standby Counsel)*       FPD-DC
18                           625 Indiana Avenue, NW, Suite 550
                             Washington, DC 20004
19

20

21

22

23   Court Reporter:         **JEFF M. HOOK**
                             Official Court Reporter
24                           U.S. District & Bankruptcy Courts
                             333 Constitution Avenue, NW
25                           Room 4700-C
                             Washington, DC 20001

**P R O C E E D I N G S**

1

2      **DEPUTY CLERK:**  This is criminal action 21-418, the

3   United States of America v. Eric Bochene.  The defendant is

4   appearing by video.  Also by video for the Government, Anita

5   Eve; as standby counsel, Ubong Akpan.

6      **THE COURT:**  Well, good morning everyone, and thank

7   you for being here.  So I want to check in on where things

8   stand, and set a date today for a trial in this matter.  So

9   let me start perhaps with Ms. Eve, if you want to give me an

10   update, if there's any updates from the Government's

11   perspective.

12      **MS. EVE:**  Your Honor, there's been no

13   communication between the Government and the defense.  Most

14   recently, on December 8th, I attempted to reach Mr. Bochene.

15   I sent e-mails to the three e-mail addresses that I had for

16   Mr. Bochene.  I CC'd standby counsel on the e-mails.  I

17   received no response to those e-mails from Mr. Bochene.  I

18   also --

19      **THE COURT:**  What were you communicating about,

20   Ms. Eve, or what were you trying to convey?

21      **MS. EVE:**  I was just trying to make some inquiries

22   in terms of what his position was.  I wanted to discuss with

23   him whether we could resolve this by way of a plea or if it

24   was his intent to go to trial.  He had not filed any

25   pretrial motions, I think, since before we had our last

1    status conference -- which I think may have been in

2    September.  I did speak to Ms. Akpan last week, I think it

3    was on Friday.  I wanted to know if she'd spoken to

4    Mr. Bochene, and she told me she had not.  Based on our

5    conversation, I then did go ahead and file a response to a

6    motion.  I don't think that the Court expected a response,

7    but I went ahead and filed a response to his motion to

8    dismiss in the best way I could.

9          But I also want to bring to the Court's attention

10   eight e-mails that I received from an e-mail address of

11   xomax.codev@icloud.com.  The e-mails contained Mr. Bochene's

12   name and his phone number.  I wasn't sure whether these were

13   legitimate or not.  But the first one said:  "Explain.  We

14   are finished Babylon whore.  Love and peace to you."  The

15   next one said:  "You are finished before your Obama acolyte

16   ass began."  The next one was --

17        **MR. BOCHENE:**  Excuse me, excuse me.  I have

18   documentation of a cyber attack against me, probably

19   involving foreign powers.  I very much appreciate that.  I

20   would very much appreciate -- I feel like a witness is being

21   tampered with here.  I've tried to report things to the FBI,

22   I get no responses.  I have firsthand knowledge of the

23   Chinese influence that is now public knowledge.

24        **MS. EVE:**  Mr. Bochene, can I finish, please?

25        **MR. BOCHENE:**  Yeah, go ahead.  I just want to say

1    that I have a recorded cyber attack on my bank account and

2    my identity.

3            **MS. EVE:**  Your Honor, can I continue?

4            **THE COURT:**  Please.

5            **MS. EVE:**  The next one said -- the next one was:

6    "Proof that this is all a Hollywood production."  It

7    contained a YouTube video.  The next one said:  "BTW, Andy

8    Moss's colleague has a son connected with China pharmacy.

9    Cool, right?  Also, are you okay with child porn?  And why

10   does your filthy FBI refuse to engage with me?"  I don't

11   know if the Andy Moss was a reference to this Court.  The

12   next one said:  "Vet status, ask Jerry" -- the case agent

13   that used to be assigned to this case was named Gerald.  It

14   says:  "Ask Jerry why his report says veteran status for me

15   says unknown.  Bye bye Babylon female."  The next one said:

16   "Dear racist acolyte, Oliver Stone, Vladimir Putin and war

17   in Ukraine, Lex Fridman podcast number 286," and it

18   referenced YouTube.  The next one said:  "PS:  All that was

19   done in love, peace and at arm's length."  And the last one

20   was something -- it's a YouTube, and it's entitled Common

21   Law, Uncommon Courts and Public Trust, Part Two, Courtroom

22   Tactics.

23            I wanted to bring to the Court's attention --

24            **MR. BOCHENE:**  That one does sound familiar.

25            **MS. EVE:**  -- these eight e-mails.  Seven of them

1    came the evening of November 14th.  The last one was

2    received at 12:55 a.m. on November 15th.

3            **MR. BOCHENE:**  That's right around when my bank

4    account...

5            **THE COURT:**  Well, let me say, Mr. Bochene, before

6    you respond, I do want you to understand -- and if you want

7    to confer with Ms. Akpan separately about this, you're

8    welcome to do so.  But I do want to make sure you understand

9    that it is a crime to make a false statement to the Court.

10   I just want to make sure you understand that before you

11   respond to that.  You don't have to respond.  It also may be

12   that sending threatening e-mails to a prosecutor is a crime

13   itself.  So you should also -- you may want to confer with

14   Ms. Akpan before responding.

15           **MR. BOCHENE:**  I have no comments other than I have

16   evidence that my -- of an identity theft, cyber attack on my

17   bank account out of UAE -- which, by the way, this location

18   for this cyber attack is a known location that recruits

19   Americans, NSA, CIA to induct -- to conduct cyber crimes.

20           **THE COURT:**  Well, let me just say this for the

21   record, just so I'm perfectly clear about this.  I will not

22   tolerate any abusive conduct by anybody who is appearing

23   before this Court towards any participant in proceedings in

24   front of this Court.  I just want everyone to be forewarned

25   that that is entirely unacceptable to the Court.  I leave it

1    up to the Government as to whether the Government believes

2    anything has risen to the level of a threat.  But in any

3    event, the Court will not tolerate any type of abusive

4    behavior by anybody associated with this case towards anyone

5    else involved in the case.

6          I have to say that this also -- and Mr. Bochene's

7    response, does make me wonder whether there is at least a

8    question of his competence to represent himself in this

9    case, and his competence to go to trial in the case.  That

10   concern of mine is reinforced by the motion to dismiss that

11   he filed in this case.

12         So I guess my first question before we can go

13   further on that -- and I know we're here today to schedule a

14   trial date, is before we actually have a trial in this case,

15   whether I need to order that Mr. Bochene be subject to an

16   evaluation by a mental health professional who can provide

17   the Court with a report indicating whether in fact he is

18   competent to represent himself in this case and competent to

19   go to trial.

20         **MR. BOCHENE:**  Well, I'm very -- may I add

21   something to there?

22         **THE COURT:**  You may.

23         **MR. BOCHENE:**  I don't know if you're familiar with

24   the Apple ad campaign from 2000 about the crazy ones like

25   Einstein.  So I really don't take kindly to the mental

1    evaluation.  I'm very well versed in psychology.  I know

2    psychoanalysts, and a lot of them tend to be very messed up

3    themselves.  That's all I can add to that.  I'm definitely

4    not crazy.  I am here --

5              THE COURT:  Mr. Bochene, crazy is a pejorative

6    word that I would not ever use myself.  The question I'm

7    just raising is whether you're in a position in which you

8    can adequately represent yourself, and whether you can

9    appreciate the charges against you and adequately --

10             MR. BOCHENE:  I can present myself, but I still

11   stand firm that this Court is not recognizing me as the man,

12   you know.  I know I've studied -- listen, I know that the

13   Government keeps data entry on all of us, it's called the

14   security -- all of us.  That is something that's well known,

15   correct?

16             THE COURT:  It's certainly well known that we all

17   have Social Security numbers, and we all have to file tax

18   returns, and the Government maintains that information, if

19   that's what you mean.

20             MR. BOCHENE:  Well, I think it's a little bit more

21   big data analytics.  I've worked in this field.  The amount

22   of data and psychological profiles they keep on everybody,

23   it's --

24             THE COURT:  So Ms. --

25             MR. BOCHENE:  May I ask --

1      THE COURT:  Yes, go ahead.

2      MR. BOCHENE:  As far as discovery, I see no -- you

3  know, the only thing -- I have to challenge jurisdiction,

4  because I see -- they need -- the prosecution needs three --

5  all three jurisdictions.  At best she has maybe territorial,

6  but that's -- personal subject matter jurisdiction I see

7  complete lack of.

8      THE COURT:  Well, Mr. Bochene, to the extent that

9  the alleged crime occurred in the District of Columbia, this

10  Court has jurisdiction over that alleged crime.

11      MR. BOCHENE:  Well, may I ask why, when I

12  researched the Architect of the Capitol -- which is a board

13  of -- I forget the term, and then there's an office, and

14  this man has been investigated -- you know, this is kind of

15  two-tiered justice.  J. Blanton, he's the Architect of the

16  Capitol.  He's the inspector general -- hold on, let me get

17  back to -- I've got to presume that you're familiar with

18  this situation.

19      THE COURT:  I'm not familiar with what you're

20  discussing, and certainly don't have any sense of how it

21  relates to the Court's jurisdiction in any way.

22      MR. BOCHENE:  Well, apparently the Capitol is

23  under the jurisdiction of the -- the Capitol grounds are

24  under the jurisdiction of the Architect of the Capitol.  So

25  there's a major discrepancy there.  This agency sounds

1    extremely corrupt.  Two courts refusing -- from the -- they

2    don't even want to investigate felonious activity of this

3    man.  This is an organization and/or individual that, in the

4    ridiculous plea deal that Anita offered, wants defendants to

5    pay restitution to this organization or man.  I mean, it's

6    kind of vague there.  The amount of evidence -- felonious --

7    felony activity of the head of this office, and there's no

8    office in I believe D.C. or Virginia courts.

9            **THE COURT:**  Ms. Akpan, do you have a view as to

10   how we should proceed?

11           **MS. AKPAN:**  Sorry, Your Honor, I was trying to

12   find my unmute button.  When I spoke with Ms. Eve, I

13   understood as well that the Court would be scheduling a

14   trial date today.  As far as the competency issue, Your

15   Honor, I really don't have much comment except to say that I

16   think we've all seen cases where individuals have kind of

17   asserted what appears to be kind of a sovereign -- a

18   sovereignty issue, and I don't know that -- I don't know

19   whether I've seen those cases go into a competency issue.

20   But of course --

21           **THE COURT:**  And my concern is not --

22           **MR. BOCHENE:**  Wait, let me just --

23           **THE COURT:**  I'm sorry, no, let me speak first, and

24   then I'll let you speak.  But my concern is not with some of

25   the language relating to trusts and the notice of

1    repentance, which I've seen in other cases.  But the

2    concern, I think, perhaps goes a little bit beyond that with

3    suggestions that foreign powers have sent Ms. Eve e-mails in

4    Mr. Bochene's name, and that the CIA is somehow potentially

5    involved or people working for the CIA are somehow involved.

6         Mr. Bochene.

7         **MR. BOCHENE:**  You're kind of -- I didn't say -- I

8    said that this location in the Middle East is known on the

9    record for recruiting Americans, former or -- what's the --

10   or headhunting them from NSA, CIA.  It's well documented.

11        **THE COURT:**  I see.

12        **MR. BOCHENE:**  Just like -- and the reason I put

13   trust things in it -- Judge, I mean, I don't know if you're

14   familiar with this organization.

15        **THE COURT:**  I can't read what you're holding up

16   there.

17        **MR. BOCHENE:**  It's a LexisNexis consumer report.

18        **THE COURT:**  Yes, I'm familiar with LexisNexis.

19        **MR. BOCHENE:**  Again, there's a lawsuit against

20   state and federal agencies with a conspiracy between this

21   service provider and government creating records to --

22   mostly relating to ICE.  And I found some very -- things

23   that don't look very well, not only for this current thing,

24   but also I had a trucking violation, and a magistrate judge

25   for Pennsylvania entered false data points.  I mean, it's

1  right -- not many people know about this, but it's very

2  telling here, many things.

3     **THE COURT:**  Ms. Eve, do you have a suggestion on

4  how I should proceed?

5     **MR. BOCHENE:**  I'm -- I want to have --

6     **THE COURT:**  Let me hear from Ms. Eve, then I'll

7  come back to you, Mr. Bochene.

8     **MS. EVE:**  You know, Your Honor, when I spoke to

9  Ms. Akpan last week, I think we both questioned

10  Mr. Bochene's -- well, I questioned Mr. Bochene's ability to

11  represent himself and not turn any trial into a circus.  I

12  know that Mr. Bochene has very strong opinions regarding a

13  variety of things, but I don't know if he is -- can suppress

14  himself enough to represent himself and follow the rules of

15  evidence and the rules that the Court would lay down with

16  regard to how the trial would proceed.  I mean, I would like

17  very much to get this case resolved one way or another.

18  Mr. Bochene has rejected both of the pleas that were offered

19  to him.

20     So the Court is left with only one option, which

21  is to go head on and schedule the trial, let the trial take

22  place, let the Government present its evidence.  And

23  Mr. Bochene, if he wants to make any statements or any

24  arguments that are contrary to the rules of evidence, then

25  I'll be objecting, probably after every sentence that he

1   makes.  So it won't be a pretty record, but it will be a

2   record that includes evidence that will meet the

3   Government's burden of proof in this matter.

4          **THE COURT:**  So my concern is more as to whether

5   Mr. Bochene's right to a fair trial can be achieved with him

6   representing himself, and whether he's in a position in

7   which he can do so in a manner that satisfies the competency

8   requirements.  If everyone wants me to, I'm happy to set a

9   trial date today.  But I think what I'm going to have to do

10  is order that there be an examination prior to trial just so

11  that I'm confident that when we proceed at trial --

12         **MR. BOCHENE:**  I think that's --

13         **THE COURT:**  Go ahead, Mr. Bochene.

14         **MR. BOCHENE:**  Well, that sounds a bit one-sided.

15  Why would I be under the obligation to have that and not --

16  you know, there's not even an injured party here, so this is

17  in -- so where's the injured party?  Where's the firsthand

18  witness that I harmed anything?  My video -- and I'm sure

19  it's public, shows that I was there to make peace, yes, and

20  also document agent provocateurs.  We cannot call this a

21  conspiracy.  The historical record of agent provocateurs --

22  and it's not my business whether they were right wing or

23  left wing or Marxist, that does not concern me.

24         But is the Court going to deny that there is a

25  historical record in this country, and the world over, of

1    agent provocateurs being involved in mass public events?

2              THE COURT:  So, Mr. Bochene, if you do represent

3    yourself in the case, you would have to present actually

4    evidence in support of any defense that you want to present.

5    Now, of course, you don't have to present any evidence if

6    you don't want to, because it's the Government that bears

7    the burden of proof.  But if you do want to present

8    arguments to the contrary based on facts, those have to be

9    supported by evidence.  And it can't be simply standing in

10   front of the Court -- in front of a jury and saying who can

11   deny that there are -- there's a history of agent

12   provocateurs.  You would have to -- if you thought that your

13   actions were somehow -- you were not criminally liable for

14   the alleged conduct in the case because of the actions of

15   others, you would have to have witnesses that would come in

16   and offer competent evidence with respect to that.

17             MR. BOCHENE:  Does the prosecutor have any -- I'm

18   challenging jurisdiction right now.  There's no injured

19   party here.  Where's the firsthand witness?  Again, at best,

20   Ms. Eve has maybe territorial, maybe territorial.  So, I

21   mean, for the record, on the record, I'm challenging her

22   jurisdiction.  I see no evidence of it.  And I really have

23   other firsthand knowledge of the Chinese police that are

24   here opening offices with conspiracy -- I mean, it's in New

25   York City.  I feel threatened for my wife, who's still in

1   China, okay.  This is witness tampering to a -- I have a lot

2   of firsthand knowledge.

3           THE COURT:  What is witness tampering?

4           MR. BOCHENE:  Of what I witnessed at -- the

5   knowledge I have of Chinese involvement in this, in a bigger

6   conspiracy.  Listen, when this started in -- when this COVID

7   thing started, I was making contact with my family and

8   friends in China.  It is a well known, established fact that

9   the Chinese government weaponizes people, what they call

10  drinking tea.  My family has been weaponized.

11          THE COURT:  Mr. Bochene, do you have any

12  evidence --

13          MR. BOCHENE:  Yeah.

14          THE COURT:  I'm sorry, no, let me finish my

15  sentence.  Do you have any evidence you can offer at trial

16  that your conduct on January 6th was affected in some way by

17  the actions caused by the -- actions of the Chinese

18  government?

19          MR. BOCHENE:  On that day?

20          THE COURT:  Yes.

21          MR. BOCHENE:  I was trying to livestream, talk --

22  because there was a contingent of anti-CCP -- are you

23  familiar with what I'm talking about?  I think it was

24  somehow controlled by Steve Bannon or whatever.  I don't

25  know the exact -- where the funding or what the movement --

1    how it's supported.  From what I gather, Mr. Bannon has a

2    hand in it.  Are you following along?

3              THE COURT:  No, I'm not.

4              MR. BOCHENE:  Are you familiar that there was a

5    large -- a relatively large contingent of Chinese

6    immigrants, Americans there on that day?

7              THE COURT:  I am not.

8              MR. BOCHENE:  Well, I can state that there was.

9    And for the record, on the record --

10              THE COURT:  Mr. Bochene, does that have anything

11    to do --

12              MR. BOCHENE:  The case --

13              THE COURT:  Does that have anything to do with

14    what you allegedly did on that day?

15              MR. BOCHENE:  I can't hear you quite well.

16              THE COURT:  Does the fact that there were Chinese

17    Americans present there that day have anything to do with

18    what you did that day?  Did they cause you to do something?

19              MR. BOCHENE:  The only thing I did was act as an

20    investigative journalist, okay.  I've been to BLM protests,

21    and there's -- you know, generally the BLM Antifa --

22    whatever you want to call this -- these things, generally

23    peaceful, I agree with that.  But there's always agent

24    provocateurs in there stealing.  It's the same thing I

25    did -- it's something I do.  When Ms. Eve asks about

1   credentials, my credentials are universal law, the Bill of

2   Rights.  There is no agency that issues press credentials.

3   Press credentials are a -- just a custom so that you can --

4   I've worked in entertainment, okay.  The First Amendment is

5   my credentials, I think we all know that that's the case.

6          The parading -- where's my flag, where's my

7   banner?  And my video -- and I know everybody's seen it, was

8   me making peace with the police officers.  I was not a part

9   of those actors with the Trump flags, it's self-evident.

10   Parading, where?  Where's my flag?  Where's the, you know,

11   definitions?  Again, I witnessed things.  I don't know what

12   side they were on, but there were agent provocateurs there.

13   And I feel like I'm being targeted to maintain a narrative.

14   Again, I cannot stress enough that I had no political intent

15   there other than to just observe and witness, okay.  There

16   was no loss, injury or harm to anybody.  I damaged no

17   property, okay.  There were agent provocateurs there.

18          Oh, and another thing.  Was there or was there not

19   CS gas deployed?  Because if there was, that would be

20   against the Vienna treaty and it would be a war crime.  So

21   when I do research according to the media, I get reports

22   that say there was tear gas deployed and then there wasn't.

23   Well, we have this media that's -- so I can say that outside

24   there was CS gas, but it was watered down in my experience.

25   Now, inside, there was no CS gas, but it was made to look

1   that way for theatrics.  But there are reports -- you know,

2   I have firsthand knowledge of no loss, injury or harm.  I

3   would really like my eyewitness evidence to get to the

4   bottom of it.

5           THE COURT:  Mr. Bochene, when will you be ready to

6   go to trial?

7           MR. BOCHENE:  How can we have a trial if I haven't

8   seen any evidence that Ms. Eve has jurisdiction?

9           THE COURT:  Well, I will rule on your motion to

10  dismiss with respect to jurisdiction.  But my question for

11  you is, assuming that I deny your motion, when are you ready

12  for trial?

13          MR. BOCHENE:  Probably a few months.  I'm really

14  not -- I feel very -- this is predatory prosecution to

15  silence my First Amendment right, witness tampering.  That's

16  my position.  Have you seen --

17          THE COURT:  I have to say, I don't understand the

18  witness tampering at all.  Ms. Akpan, did we lose you?  Oh,

19  okay, sorry.

20          So Ms. Eve, when are you available for trial?

21          MS. EVE:  Your Honor, Ms. Akpan and I spoke on

22  Friday, as I indicated previously, and we looked at our

23  calendars.  I think she's got -- her calendar is more filled

24  than mine.  But I think we both agreed that sometime in

25  March.  I'm going to let her inform the Court of I think the

1    week that we may have chosen in March.

2              **THE COURT:**  Ms. Akpan.

3              **MS. AKPAN:**  Thank you, Your Honor.  Yes, the

4    earliest that I could do now -- I have a trial scheduled at

5    the end of January and the end of February that should take

6    about two weeks.  So that would then leave me the middle of

7    March, either the week of March 13th or the 20th.  I'm just

8    looking again at my calendar.  The week of March 27th is

9    also free for me.

10             **THE COURT:**  And Mr. Bochene, do you want a jury

11   trial in this case or a bench trial?  You have a

12   constitutional right to have a jury trial if you'd like it,

13   but you can also agree to waive that and have a bench trial

14   if that's your preference.

15             **MR. BOCHENE:**  I would always go for a jury trial.

16   But again, before I agree to anything, I'm going to need

17   evidence of -- certified, registered mail.  These e-mails --

18   may I get proper service, which I've never received?

19   Certified copies, oaths of office, all these -- I've

20   received nothing.

21             **THE COURT:**  You're not entitled to oaths of

22   office, certified copies.  You're entitled to receive the

23   discovery.  You're entitled to receive any pleadings.  And

24   as long as Ms. Eve gets those things to you, she's done what

25   she's required to do.

1        **MR. BOCHENE:**  Well, it's rules, and the law says

2    I'm entitled to oaths of office, to make sure that

3    they're -- who I'm dealing with.

4        **THE COURT:**  That's not true.  So what if we then

5    were to choose a jury on the 16th -- or we can choose the

6    jury on the 17th and start trial first thing on the morning

7    of the 20th.  Does that work for everyone, March 17th to

8    choose the jury and start trial on the 20th?

9        **MS. EVE:**  That works for the Government, Your

10   Honor.

11       **MS. AKPAN:**  That works for me as well, Your Honor.

12       **THE COURT:**  And Mr. Bochene?

13       **MR. BOCHENE:**  Yeah, I guess under threat and

14   duress, I have to agree with that.  Are you familiar with

15   the Brunson case that's been filed in the Supreme Court?

16       **THE COURT:**  I'm not sure which case you're

17   referring to.  But if you want to file something with me

18   giving me a citation to a case, I'd be happy to read it.

19       **MR. BOCHENE:**  The Supreme Court of the United

20   States, Raland J. Brunson.

21       **THE COURT:**  And what are you citing that for?

22       **MR. BOCHENE:**  Well, it's an excellent case coming

23   up here against 388 members of Congress, Jane Does one to

24   100, statutes 18 U.S.C. 2381, 28 U.S.C. 2101(e).  I'll

25   forward it on.  I'll be joining this and applying a lot

1    of -- I really would rather have this settled in private.

2    And I would really, really appreciate -- since nobody from

3    the FBI wants to get back to me in regards to information I

4    have about Chinese government agents operating here, I find

5    it very troubling that nobody has any interest in this.  Or

6    an investigation into a voicemail who I have identified from

7    a man named Gary, who I also have video evidence was also in

8    D.C.

9           And when the FBI says a possible member of a

10   terrorist organization, I hope that's not the sovereign

11   citizen thing.  Could that be when I was working with the

12   International Coalition for the International Criminal Court

13   and was being -- are you familiar with --

14          **THE COURT:**  I'm sorry, my apologies.  Let me go

15   back to the date for the trial.  I'm a little concerned that

16   we may not have time to sort out some of the things we need

17   to sort out in advance.

18          Is everyone available starting the first week of

19   April, April 3rd?  Ms. Eve, Ms. Akpan?

20          **MS. AKPAN:**  I'm sorry, Your Honor, I'm not

21   available.  Unfortunately, I wouldn't be available from the

22   middle of that week for about two weeks.  So I couldn't

23   really do anything April 3rd.

24          **THE COURT:**  We'll leave it where I've put it.

25   What I also am going to do is direct that Mr. Bochene be

1    examined by a mental health expert who can advise the Court

2    on whether he in fact is competent to represent himself in

3    this matter before trial.

4         Ms. Eve, if I could ask if you can work through

5    your colleagues in I think it's the Northern District of New

6    York to see if there is somebody there who could conduct the

7    examination.  I certainly have had that happen in other

8    cases where the local U.S. Attorney's Office has somebody

9    who they can identify who can conduct the examination.

10        **MR. BOCHENE:**  If you're going to insist on that,

11   could it be a third party and not anybody that's employed by

12   the state?  I think it's a little bit of -- I'd be happy to

13   talk to them.  But anybody that's employed by any court

14   or -- there's --

15        **THE COURT:**  I think that we can find somebody who

16   is associated with a university or independent, that's what

17   I've done in the past, not somebody who actually works for

18   the Government.  Although in the past, the Government has

19   paid the bill for this, Ms. Eve, so if you can examine

20   whether that's possible here as well.  Unfortunately, the

21   only other option is one that I would rather not take, which

22   is to actually have to have Mr. Bochene taken into the

23   custody of the Bureau of Prisons and go to a Bureau of

24   Prisons facility where they could conduct the examination.

25   Given the fact that we're dealing with a misdemeanor or

1  misdemeanor charges here, that strikes me as excessive or

2  perhaps disproportionate.

3          So if you could see if there's someone the U.S.

4  Attorney's Office is aware of who could conduct this, and

5  whether the U.S. Attorney's Office can foot the bill for the

6  examination, that would be helpful, okay, Ms. Eve?

7          **MS. EVE:**  Yes, Your Honor.  I'll contact the U.S.

8  Attorney's Office in the Northern District of New York

9  today.

10         **THE COURT:**  And if you can just file a status

11 report with the Court.  I know it's a holiday week here, so

12 how about if you can file a status report with the Court by

13 January 6th just letting me know what you were able to find

14 out about all of that?

15         **MS. EVE:**  Yes, Your Honor.

16         **THE COURT:**  And then Mr. Bochene, have you

17 received all the discovery in the case at this point or is

18 there more discovery that you have not yet received?

19         **MR. BOCHENE:**  Apparently there was that -- an

20 initial stage, Ms. Eve said that it was all provided.

21         **THE COURT:**  Ms. Eve, is there any more discovery

22 that needs to be provided?

23         **MS. EVE:**  No, Your Honor.  The last thing that I

24 provided to both Mr. Bochene and Ms. Akpan was a video taken

25 by another rioter.  And the video showed Mr. Bochene using a

1   large object to attempt to break a window there at the

2   Capitol.  And Mr. Bochene should have received that months

3   ago.

4           **THE COURT:**  And then I guess it was the 17th of

5   March that I told you we would do the jury selection; is

6   that right?

7           **MS. EVE:**  Yes, Your Honor.

8           **THE COURT:**  So I'm going to exclude time between

9   now and March 17th under the ends of justice exception to

10  the Speedy Trial Act.  The Court concludes the continuance

11  will serve the interests of justice, and that those

12  interests outweigh the best interests of the public and the

13  defendant in a speedy trial.  And in particular, counsel for

14  the Government and standby counsel don't have any

15  availability until that week.  Also, additional time is

16  necessary to provide an opportunity for an examination by a

17  mental health professional, for us to work through those

18  issues, and for the Court to make a determination as to

19  whether Mr. Bochene is in fact competent to represent

20  himself at trial.  So for all those reasons, the Court

21  concludes it's appropriate to --

22          **MR. BOCHENE:**  In the interim, may I --

23          **THE COURT:**  -- toll time between now and

24  March 17th, 2023.

25          Yes, Mr. Bochene.

1          **MR. BOCHENE:**  May I provide a verbal motion for

2    Ms. Eve to provide probable cause?

3          **THE COURT:**  Probable cause for what?

4          **MR. BOCHENE:**  For her jurisdiction, personal,

5    subject.  Again, I see no evidence of personal jurisdiction

6    or subject.

7          **THE COURT:**  So the Court does conclude that I have

8    jurisdiction in this matter.  The defendant is charged with

9    having committed four crimes in the District of Columbia.

10         **MR. BOCHENE:**  Judge, objection.

11         **THE COURT:**  I'm sorry, let me just finish.  I'll

12   finish, then I'll let you speak.

13         **MR. BOCHENE:**  The burden is on the prosecutor.

14         **THE COURT:**  The prosecutor has responded to the

15   motion that you made with respect to -- which included

16   arguments with respect to jurisdiction.  The prosecutor's

17   already responded to that.  It is my duty ultimately to make

18   the decision about whether I have jurisdiction or not here,

19   and I do conclude that I have jurisdiction over this matter.

20              Each of the statutes at issue is designed to

21   protect the functioning of the federal government, the

22   Congress and/or to protect federal property, all of which

23   fall within the power of Congress to regulate.  Congress has

24   passed laws regulating each of those respects.  The alleged

25   crime here occurred in the District of Columbia, and

1    therefore I conclude both that I have venue over this

2    matter, and that the Court has jurisdiction with respect to

3    this matter.

4         Yes, Mr. Bochene.

5         **MR. BOCHENE:**  Yeah, and so we're still operating

6    under the presumption/assumption that I'm a U.S. citizen?

7         **THE COURT:**  It wouldn't matter whether you were a

8    U.S. citizen or not, that's not an element under any of the

9    crimes that are charged.  And the Court also is going to

10   deny Mr. Bochene's motion to dismiss at docket 43.  I

11   conclude that there's no legal argument presented in

12   those -- in that motion that goes to the legal adequacy of

13   any of the charges in this case.  The only criminal statute

14   that's referenced is 18 U.S.C. section 215.  That statute

15   deals with receipt of commissions or gifts for procuring

16   loans, which is just not at issue in this case.  There is a

17   lot of talk in the motion about subrogation and trustees and

18   constructive trusts and taxable events, and none of that has

19   anything to do with the charges here.  There's talk about

20   torts, damages by contract, of physical harm.  None of that

21   is at issue in the case.

22        It is true that with respect to some of the

23   charges, the Government will bear the burden of proof at

24   trial to show that either there was some type of disruption

25   or interruption or interference with the business of the

1    Congress or that in some cases Mr. Bochene acted willfully;

2    and that is, with knowledge or belief that he was acting in

3    a manner that was in violation of law.  But none of that has

4    anything to do with the issues raised in the -- in

5    Mr. Bochene's motion, so the Court is going to deny the

6    motion to dismiss.

7              **MS. AKPAN:**  Your Honor?

8              **THE COURT:**  Yes.

9              **MS. AKPAN:**  I apologize, I do have a sentencing

10   hearing scheduled at 10:00 a.m. on Monday, March 20th.  I

11   was wondering whether we could still do the jury selection

12   on the 17th, but start on the following Tuesday; or if the

13   Court wants, I could try to see about moving the sentencing.

14   I'm assuming that this trial wouldn't be more than --

15   wouldn't go past Thursday or Friday, but I thought I'd at

16   least ask before I tried to move the sentencing, that

17   sentencing.

18             **THE COURT:**  So when are you busy in April, when is

19   your trial in April, your other --

20             **MS. AKPAN:**  Oh, I'm sorry, I don't have a trial in

21   April.  I will just be on leave from April -- basically

22   April 5th through the 18th.

23             **THE COURT:**  I see.  Will you be here through the

24   5th?

25             **MS. AKPAN:**  I will be -- yes, I would be here --

1    I'm sorry, I would be here through the 5th.

2             **THE COURT:**  So what if we were to start then on

3    March 30th, and then just run through the 5th and we'll end

4    the trial by the 5th?  Does that work for you?

5             **MS. AKPAN:**  Yes.

6             **THE COURT:**  Does that work for you, Ms. Eve?

7             **MS. EVE:**  Just give me a moment to check, Your

8    Honor.  I'm available.

9             **THE COURT:**  So I'll then move the trial to the

10   30th -- starting on the 30th of March.  Hopefully we can

11   finish before the 5th so we have some cushion for Ms. Akpan

12   there.  I don't think this should be a terribly long trial.

13   I will amend my exclusion of time under the Speedy Trial Act

14   to exclude time until the 30th of March in light of the

15   unavailability of counsel and the need to conduct a

16   competency exam to determine whether Mr. Bochene can

17   represent himself in this matter.  So the Court concludes

18   for the reasons I've previously given, that the continuance

19   to the 30th of March is in the interests of justice, and

20   those interests outweigh the best interests of the public

21   and the defendant in a speedy trial.

22            Ms. Akpan, anything else you wanted to raise

23   today?

24            **MS. AKPAN:**  No, Your Honor.  Thank you.

25            **THE COURT:**  Ms. Akpan, I'll ask you just to be

1    ready in case it comes to this, to step in and try the case,

2    if that's how things turn out.

3              **MS. AKPAN:**  Of course, Your Honor, yes.

4              **THE COURT:**  Ms. Eve, anything else today?

5              **MS. EVE:**  No, Your Honor.

6              **THE COURT:**  And Mr. Bochene, anything else you

7    want to raise today?

8              **MR. BOCHENE:**  No.  Again, I'd really like to be

9    directed to a proper agency where I can put forth other

10   related issues, seeing as the FBI doesn't want to take

11   any -- or return any calls or talk to me.

12             **THE COURT:**  That's something that is beyond the

13   jurisdiction of this Court.  The only thing that I am

14   involved in is the cases in front of me.  The Court doesn't

15   get involved at all in investigations, so that's really not

16   my business.

17             **MR. BOCHENE:**  I gather.  But it seems like I'm

18   being put in a box by a larger circle.  I'm not laying blame

19   on any specific man or woman in this Court, outside parties

20   of the officers of the Court here.  I just want to be clear,

21   I'm not laying blame, but any assistance.

22             **THE COURT:**  That's something the Court can't get

23   involved in.  I don't get involved in law enforcement at

24   all.  The only thing I get involved in is cases after

25   they're brought.  It would be improper for the Court to get

1    involved in anything that's not actually in litigation in

2    the case, so I can't really say anything else.

3            Mr. Bochene, I had one question for you.  Are you

4    employed right now?

5            **MR. BOCHENE:**  Full-time stay-at-home dad trying to

6    sort out the -- my daughter here.  There's a lot of issues

7    with what was put upon her in Shanghai.  I don't know how

8    familiar you are with what's happened over there.

9            **THE COURT:**  I know you've raised some issues in

10   the past.  So your daughter's living with you now?

11           **MR. BOCHENE:**  Yes.

12           **THE COURT:**  Is anyone else living with you at this

13   point?

14           **MR. BOCHENE:**  No.

15           **THE COURT:**  How old is your daughter, Mr. Bochene?

16           **MR. BOCHENE:**  She just turned -- well, I follow

17   the --

18           **THE COURT:**  Is she an adult or not an adult?

19           **MR. BOCHENE:**  No, she's not age of majority.

20           **THE COURT:**  Okay, thanks.  Kristin?

21           **DEPUTY CLERK:**  I just wanted to ask the Court,

22   will you be entering a paper order in this instance for any

23   other like pretrial deadlines and hearings?

24           **THE COURT:**  Oh, that's a good question.  Why don't

25   we see -- I'm going to wait and see what happens with

1    Ms. Eve and whether she can locate a health care

2    professional.  But I will just -- so the parties are on

3    notice, I will subsequently enter an order setting a trial

4    conference and dates for the submission of proposed jury

5    instructions, proposed voir dire and so forth.  But I'll do

6    that in a subsequent order.

7            Well, thank you all.  Have a good day.

8        (Proceedings adjourned at 10:56 a.m.)

1                         **C E R T I F I C A T E**

2

3                   I, **Jeff Hook, Official Court Reporter**,

4       certify that the foregoing is a true and correct transcript

5       of the remotely reported proceedings in the above-entitled

6       matter.

7                         **PLEASE NOTE:**  This hearing occurred by

8       videoconference and is therefore subject to the

9       technological limitations of court reporting remotely.

10

11

12

13       __February 7, 2023__                  _____

14            **DATE**                              **Jeff M. Hook**

15

16

17

18

19

20

21

22

23

24

25

**0**

0 [1]   22/13
0418 [1]   1/5

**1**

100 [1]   19/24
10:00 a.m [1]   26/10
10:05 [1]   1/7
10:56 a.m [1]   30/8
12:55 a.m [1]   5/2
13th [1]   18/7
14th [1]   5/1
15th [1]   5/2
16th [1]   19/5
17th [6]   19/6 19/7
 23/4 23/9 23/24
 26/12
18 [2]   19/24 25/14
18th [1]   26/22
19106 [1]   1/15
1:21-cr-0418 [1]
 1/5

**2**

2000 [1]   6/24
20001 [1]   1/25
20004 [1]   1/18
2022 [1]   1/6
2023 [1]   23/24
20th [4]   18/7 19/7
 19/8 26/10
21 [1]   1/6
21-418 [1]   2/2
2101 [1]   19/24
215 [1]   25/14
2381 [1]   19/24
27th [1]   18/8
28 [1]   19/24
286 [1]   4/17

**3**

30th [5]   27/3 27/10
 27/10 27/14 27/19
333 [1]   1/24
388 [1]   19/23
3rd [2]   20/19 20/23

**4**

418 [1]   2/2
43 [1]   25/10
4700-C [1]   1/24

**5**

550 [1]   1/18
5th [6]   26/22 26/24
 27/1 27/3 27/4
 27/11

**6**

615 [1]   1/15
625 [1]   1/18
6th [2]   14/16 22/13

**8**

8th [1]   2/14

**A**

a.m [4]   1/7 5/2
 26/10 30/8
ability [1]   11/10

able [1]   22/13
above [1]   31/5
above-entitled [1]
 31/5
abusive [2]   5/22
 6/3
according [1]   16/21
account [3]   4/1 5/4
 5/17
achieved [1]   12/5
acolyte [2]   3/15
 4/16
act [3]   15/19 23/10
 27/13
acted [1]   26/1
acting [1]   26/2
action [2]   1/4 2/2
actions [4]   13/13
 13/14 14/17 14/17
activity [2]   9/2
 9/7
actors [1]   16/9
actually [5]   6/14
 13/3 21/17 21/22
 29/1
ad [1]   6/24
add [2]   6/20 7/3
additional [1]
 23/15
address [3]   3/10
addresses [1]   2/15
adequacy [1]   25/12
adequately [2]   7/8
 7/9
adjourned [1]   30/8
adult [2]   29/18
 29/18
advance [1]   20/17
advise [1]   21/1
affected [1]   14/16
again [8]   10/19
 13/19 16/11 16/14
 18/8 18/16 24/5
 28/8
against [5]   3/18
 7/9 10/19 16/20
 19/23
age [1]   29/19
agencies [1]   10/20
agency [3]   8/25
 16/2 28/9
agent [8]   4/12
 12/20 12/21 13/1
 13/11 15/23 16/12
 16/17
agents [1]   20/4
ago [1]   23/3
agree [4]   15/23
 18/13 18/16 19/14
agreed [1]   17/24
ahead [5]   3/5 3/7
 3/25 8/1 12/13
AKPAN [15]   1/17 2/5
 3/2 5/7 5/14 9/9
 11/9 17/18 17/21
 18/2 20/19 22/24
 27/11 27/22 27/25
alleged [4]   8/9
 8/10 13/14 24/24
allegedly [1]   15/14

along [1]   15/2
Although [1]   21/18
always [2]   15/23
 18/15
amend [1]   27/13
Amendment [2]   16/4
 17/15
AMERICA [2]   1/4 2/3
Americans [4]   5/19
 10/9 15/6 15/17
amount [2]   7/21 9/6
analytics [1]   7/21
and/or [2]   9/3
 24/22
Andy [2]   4/7 4/11
ANITA [3]   1/14 2/4
 9/4
anti [1]   14/22
anti-CCP [1]   14/22
Antifa [1]   15/21
apologies [1]   20/14
apologize [1]   26/9
apparently [2]   8/22
 22/19
APPEARANCES [1]
 1/13
appearing [2]   2/4
 5/22
appears [1]   9/17
Apple [1]   6/24
applying [1]   19/25
appreciate [4]   3/19
 3/20 7/9 20/2
appropriate [1]
 23/21
April [8]   20/19
 20/19 20/23 26/18
 26/19 26/21 26/21
 26/22
April 3rd [2]   20/19
 20/23
April 5th [1]   26/22
Architect [3]   8/12
 8/15 8/24
argument [1]   25/11
arguments [3]   11/24
 13/8 24/16
arm's [1]   4/19
around [1]   5/3
ass [1]   3/16
asserted [1]   9/17
assigned [1]   4/13
assistance [1]
 28/21
associated [2]   6/4
 21/16
assuming [2]   17/11
 26/14
assumption [1]   25/6
attack [4]   3/18 4/1
 5/16 5/18
attempt [1]   23/1
attempted [1]   2/14
attention [2]   3/9
 4/23
Attorney's [4]   21/8
 22/4 22/5 22/8
availability [1]
 23/15
available [5]   17/20

20/18 20/21 20/21
 27/8
Avenue [2]   1/18
 1/24
aware [1]   22/4

**B**

Babylon [2]   3/14
 4/15
back [4]   8/17 11/7
 20/3 20/15
bank [3]   4/1 5/3
 5/17
Bankruptcy [1]   1/23
banner [1]   16/7
Bannon [2]   14/24
 15/1
based [2]   3/4 13/8
basically [1]   26/21
bear [1]   25/23
bears [1]   13/6
began [1]   3/16
behavior [1]   6/4
belief [1]   26/2
believes [1]   6/1
bench [2]   18/11
 18/13
best [5]   3/8 8/5
 13/19 23/12 27/20
beyond [2]   10/2
 28/12
big [1]   7/21
bigger [1]   14/5
bill [3]   16/1 21/19
 22/5
bit [4]   7/20 10/2
 12/14 21/12
blame [2]   28/18
 28/21
Blanton [1]   8/15
BLM [2]   15/20 15/21
board [1]   8/12
BOCHENE [37]
Bochene's [8]   3/11
 6/6 10/4 11/10
 11/10 12/5 25/10
 26/5
both [5]   11/9 11/18
 17/24 22/24 25/1
bottom [1]   17/4
box [1]   28/18
break [1]   23/1
bring [2]   3/9 4/23
brought [1]   28/25
Brunson [2]   19/15
 19/20
BTW [1]   4/7
burden [4]   12/3
 13/7 24/13 25/23
Bureau [2]   21/23
 21/23
business [3]   12/22
 25/25 28/16
busy [1]   26/18
button [1]   9/12
bye [2]   4/15 4/15

**C**

calendar [2]   17/23
 18/8

**C**

calendars [1]   17/23
call [3]   12/20 14/9
15/22
called [1]   7/13
calls [1]   28/11
came [1]   5/1
campaign [1]   6/24
can [32]
Capitol [6]   8/12
8/16 8/22 8/23 8/24
23/2
care [1]   30/1
case [26]   4/12 4/13
6/4 6/5 6/9 6/9
6/11 6/14 6/18
11/17 13/3 13/14
15/12 16/5 18/11
19/15 19/16 19/18
19/22 22/17 25/13
25/16 25/21 28/1
28/1 29/2
cases [7]   9/16 9/19
10/1 21/8 26/1
28/14 28/24
cause [3]   15/18
24/2 24/3
caused [1]   14/17
CC'd [1]   2/16
CCP [1]   14/22
certainly [3]   7/16
8/20 21/7
certified [3]   18/17
18/19 18/22
certify [1]   31/4
challenge [1]   8/3
challenging [2]
13/18 13/21
charged [2]   24/8
25/9
charges [5]   7/9
22/1 25/13 25/19
25/23
check [2]   2/7 27/7
Chestnut [1]   1/15
child [1]   4/9
China [3]   4/8 14/1
14/8
Chinese [8]   3/23
13/23 14/5 14/9
14/17 15/5 15/16
20/4
choose [3]   19/5
19/5 19/8
chosen [1]   18/1
CIA [4]   5/19 10/4
10/5 10/10
circle [1]   28/18
circus [1]   11/11
citation [1]   19/18
citing [1]   19/21
citizen [3]   20/11
25/6 25/8
City [1]   13/25
clear [2]   5/21
28/20
Coalition [1]   20/12
colleague [1]   4/8
colleagues [1]   21/5

COLUMBIA [4]   1/1
8/9 24/9 24/25
coming [1]   19/22
comment [1]   9/15
comments [1]   5/15
commissions [1]
25/15
committed [1]   24/9
Common [1]   4/20
communicating [1]
2/19
communication [1]
2/13
competence [2]   6/8
6/9
competency [4]   9/14
9/19 12/7 27/16
competent [5]   6/18
6/18 13/16 21/2
23/19
complete [1]   8/7
concern [6]   6/10
9/21 9/24 10/2 12/4
12/23
concerned [1]   20/15
conclude [4]   24/7
24/19 25/1 25/11
concludes [3]   23/10
23/21 27/17
concludes it's [1]
23/21
conduct [5]   5/19
5/22 13/14 14/16
21/6 21/9 21/24
22/4 27/15
confer [2]   5/7 5/13
conference [3]   1/10
3/1 30/4
CONFERENCE/MOTION [1]
1/10
confident [1]   12/11
Congress [5]   19/23
24/22 24/23 24/23
26/1
connected [1]   4/8
conspiracy [4]
10/20 12/21 13/24
14/6
Constitution [1]
1/24
constitutional [1]
18/12
constructive [1]
25/18
consumer [1]   10/17
contact [2]   14/7
22/7
contained [2]   3/11
4/7
contingent [2]
14/22 15/5
continuance [2]
23/10 27/18
continue [1]   4/3
contract [1]   25/20
contrary [2]   11/24
13/8
controlled [1]
14/24
conversation [1]

3/5
convey [1]   2/20
Cool [1]   4/9
copies [2]   18/19
18/22
corrupt [1]   9/1
counsel [6]   1/17
2/5 2/16 23/13
23/14 27/15
country [1]   12/25
course [3]   9/20
13/5 28/3
court [44]
Court's [3]   3/9
4/23 8/21
Courtroom [1]   4/21
courts [4]   1/23
4/21 9/1 9/8
COVID [1]   14/6
cr [1]   1/5
crazy [3]   6/24 7/4
7/5
creating [1]   10/21
credentials [5]
16/1 16/1 16/2 16/3
16/5
crime [6]   5/9 5/12
8/9 8/10 16/20
24/25
crimes [3]   5/19
24/9 25/9
criminal [4]   1/4
2/2 20/12 25/13
criminally [1]
13/13
CS [3]   16/19 16/24
16/25
current [1]   10/23
cushion [1]   27/11
custody [1]   21/23
custom [1]   16/3
cyber [5]   3/18 4/1
5/16 5/18 5/19

**D**

D.C [2]   9/8 20/8
dad [1]   29/5
damaged [1]   16/16
damages [1]   25/20
data [4]   7/13 7/21
7/22 10/25
date [6]   2/8 6/14
9/14 12/9 20/15
31/14
dates [1]   30/4
daughter [2]   29/6
29/15
daughter's [1]
29/10
day [6]   14/19 15/6
15/14 15/17 15/18
30/7
DC [4]   1/6 1/17
1/18 1/25
deadlines [1]   29/23
deal [1]   9/4
dealing [2]   19/3
21/25
deals [1]   25/15
Dear [1]   4/16

December [2]   1/6
2/14
December 8th [1]
2/14
decision [1]   24/18
defendant [6]   1/8
1/17 2/3 23/13 24/8
27/21
defendants [1]   9/4
defense [2]   2/13
13/4
definitely [1]   7/3
definitions [1]
16/11
deny [5]   12/24
13/11 17/11 25/10
26/5
deployed [2]   16/19
16/22
designed [1]   24/20
determination [1]
23/18
determine [1]   27/16
dire [1]   30/5
direct [1]   20/25
directed [1]   28/9
discovery [5]   8/2
18/23 22/17 22/18
22/21
discrepancy [1]
8/25
discuss [1]   2/22
discussing [1]   8/20
dismiss [5]   3/8
6/10 17/10 25/10
26/6
disproportionate [1]
22/2
disruption [1]
25/24
DISTRICT [9]   1/1
1/1 1/11 1/23 8/9
21/5 22/8 24/9
24/25
docket [1]   25/10
document [1]   12/20
documentation [1]
3/18
documented [1]
10/10
done [3]   4/19 18/24
21/17
down [2]   11/15
16/24
drinking [1]   14/10
duress [1]   19/14
duty [1]   24/17

**E**

e-mail [2]   2/15
3/10
e-mails [9]   2/15
2/16 2/17 3/10 3/11
4/25 5/12 10/3
18/17
earliest [1]   18/4
East [1]   10/8
eight [2]   3/10 4/25
Einstein [1]   6/25
either [2]   18/7

**E**

either... [1]   25/24
element [1]   25/8
else [6]   6/5 27/22
28/4 28/6 29/2
29/12
employed [3]   21/11
21/13 29/4
end [3]   18/5 18/5
27/3
ends [1]   23/9
enforcement [1]
28/23
engage [1]   4/10
enough [2]   11/14
16/14
enter [1]   30/3
entered [1]   10/25
entering [1]   29/22
entertainment [1]
16/4
entirely [1]   5/25
entitled [6]   4/20
18/21 18/22 18/23
19/2 31/5
entry [1]   7/13
ERIC [2]   1/7 2/3
established [1]
14/8
evaluation [2]   6/16
7/1
EVE [23]   1/14 2/5
2/9 2/20 9/12 10/3
11/3 11/6 13/20
15/25 17/8 17/20
18/24 20/19 21/4
21/19 22/6 22/20
22/21 24/2 27/6
28/4 30/1
even [2]   9/2 12/16
evening [1]   5/1
event [1]   6/3
events [2]   13/1
25/18
everybody [1]   7/22
everybody's [1]
16/7
everyone [5]   2/6
5/24 12/8 19/7
20/18
evidence [18]   5/16
9/6 11/15 11/22
11/24 12/2 13/4
13/5 13/9 13/16
13/22 14/12 14/15
17/3 17/8 18/17
20/7 24/5
evident [1]   16/9
exact [1]   14/25
exam [1]   27/16
examination [6]
12/10 21/7 21/9
21/24 22/6 23/16
examine [1]   21/19
examined [1]   21/1
excellent [1]   19/22
except [1]   9/15
exception [1]   23/9
excessive [1]   22/1

exclude [2]   23/8
27/14
exclusion [1]   27/13
excuse [2]   3/17
3/17
expected [1]   3/6
experience [1]
16/24
expert [1]   21/1
Explain [1]   3/13
extent [1]   8/8
extremely [1]   9/1
eyewitness [1]   17/3

**F**

facility [1]   21/24
fact [6]   6/17 14/8
15/16 21/2 21/25
23/19
facts [1]   13/8
fair [1]   12/5
fall [1]   24/23
false [2]   5/9 10/25
familiar [11]   4/24
6/23 8/17 8/19
10/14 10/18 14/23
15/4 19/14 20/13
29/8
family [2]   14/7
14/10
far [2]   8/2 9/14
FBI [5]   3/21 4/10
20/3 20/9 28/10
February [1]   18/5
federal [3]   10/20
24/21 24/22
feel [4]   3/20 13/25
16/13 17/14
felonious [2]   9/2
9/6
felony [1]   9/7
female [1]   4/15
few [1]   17/13
field [1]   7/21
file [5]   3/5 7/17
19/17 22/10 22/12
filed [4]   2/24 3/7
6/11 19/15
filled [1]   17/23
filthy [1]   4/10
find [4]   9/12 20/4
21/15 22/13
finish [5]   3/24
14/14 24/11 24/12
27/11
finished [2]   3/14
3/15
firm [1]   7/11
first [7]   3/13 6/12
9/23 16/4 17/15
19/6 20/18
firsthand [6]   3/22
12/17 13/19 13/23
14/2 17/2
flag [2]   16/6 16/10
flags [1]   16/9
follow [2]   11/14
29/16
following [2]   15/2
26/12

foot [1]   22/5
For the Defendant [1]
1/17
foregoing [1]   31/4
foreign [2]   3/19
10/3
forewarned [1]   5/24
forget [1]   8/13
former [1]   10/9
forth [2]   28/9 30/5
forward [1]   19/25
found [1]   10/22
four [1]   24/9
FPD [1]   1/17
FPD-DC [1]   1/17
free [1]   18/9
Friday [3]   3/3
17/22 26/15
Fridman [1]   4/17
friends [1]   14/8
front [4]   5/24
13/10 13/10 28/14
Full [1]   29/5
Full-time [1]   29/5
functioning [1]
24/21
funding [1]   14/25
further [1]   6/13
further on [1]   6/13

**G**

Gary [1]   20/7
gas [4]   16/19 16/22
16/24 16/25
gather [2]   15/1
28/17
general [1]   8/16
generally [2]   15/21
15/22
Gerald [1]   4/13
gets [1]   18/24
gifts [1]   25/15
given [2]   21/25
27/18
giving [1]   19/18
goes [2]   10/2 25/12
good [3]   2/6 29/24
30/7
government [19]
1/14 2/4 2/13 6/1
6/1 7/13 7/18 10/21
11/22 13/6 14/9
14/18 19/9 20/4
21/18 21/18 23/14
24/21 25/23
Government's [2]
2/10 12/3
grounds [1]   8/23
guess [3]   6/12
19/13 23/4

**H**

hand [1]   15/2
happen [1]   21/7
happened [1]   29/8
happens [1]   29/25
happy [3]   12/8
19/18 21/12
harm [3]   16/16 17/2
25/20

harmed [1]   12/18
head [2]   9/7 11/21
headhunting [1]
10/10
health [4]   6/16
21/1 23/17 30/1
hear [2]   11/6 15/15
hearing [3]   1/10
26/10 31/7
hearings [1]   29/23
helpful [1]   22/6
himself [9]   6/8
6/18 11/11 11/14
11/14 12/6 21/2
23/20 27/17
historical [2]
12/21 12/25
history [1]   13/11
hold [1]   8/16
holding [1]   10/15
holiday [1]   22/11
Hollywood [1]   4/6
home [1]   29/5
Honor [19]   2/12 4/3
9/11 9/15 11/8
17/21 18/3 19/10
19/11 20/20 22/7
22/15 22/23 23/7
26/7 27/8 27/24
28/3 28/5
HONORABLE [1]   1/10
HOOK [3]   1/22 31/3
31/14
hope [1]   20/10
Hopefully [1]   27/10

**I**

ICE [1]   10/22
icloud.com [1]   3/11
identified [1]   20/6
identify [1]   21/9
identity [2]   4/2
5/16
immigrants [1]   15/6
improper [1]   28/25
included [1]   24/15
includes [1]   12/2
independent [1]
21/16
Indiana [1]   1/18
indicated [1]   17/22
indicating [1]   6/17
individual [1]   9/3
individuals [1]
9/16
induct [1]   5/19
influence [1]   3/23
inform [1]   17/25
information [2]
7/18 20/3
initial [1]   22/20
injured [3]   12/16
12/17 13/18
injury [2]   16/16
17/2
inquiries [1]   2/21
inside [1]   16/25
insist [1]   21/10
inspector [1]   8/16
instance [1]   29/22

## I

**instructions [1]**  30/5
**intent [2]**  2/24  16/14
**interest [1]**  20/5
**interests [6]**  23/11  23/12 23/12 27/19  27/20 27/20
**interference [1]**  25/25
**interim [1]**  23/22
**International [2]**  20/12 20/12
**interruption [1]**  25/25
**into [4]**  9/19 11/11  20/6 21/22
**investigate [1]**  9/2
**investigated [1]**  8/14
**investigation [1]**  20/6
**investigations [1]**  28/15
**investigative [1]**  15/20
**involved [10]**  6/5  10/5 10/5 13/1  28/14 28/15 28/23  28/23 28/24 29/1
**involvement [1]**  14/5
**involving [1]**  3/19
**issue [6]**  9/14 9/18  9/19 24/20 25/16  25/21
**issues [6]**  16/2  23/18 26/4 28/10  29/6 29/9

## J

**Jane [1]**  19/23
**January [3]**  14/16  18/5 22/13
**JEFF [3]**  1/22 31/3  31/14
**Jerry [2]**  4/12 4/14
**joining [1]**  19/25
**journalist [1]**  15/20
**judge [4]**  1/11  10/13 10/24 24/10
**jurisdiction [18]**  8/3 8/6 8/10 8/21  8/23 8/24 13/18  13/22 17/8 17/10  24/4 24/5 24/8  24/16 24/18 24/19  25/2 28/13
**jurisdictions [1]**  8/5
**jury [10]**  13/10  18/10 18/12 18/15  19/5 19/6 19/8 23/5  26/11 30/4
**justice [4]**  8/15  23/9 23/11 27/19

## K

**keep [1]**  7/22
**keeps [1]**  7/13
**kind [5]**  8/14 9/6  9/16 9/17 10/7
**kindly [1]**  6/25
**knowledge [7]**  3/22  3/23 13/23 14/2  14/5 17/2 26/2
**known [5]**  5/18 7/14  7/16 10/8 14/8
**Kristin [1]**  29/20

## L

**lack [1]**  8/7
**language [1]**  9/25
**large [3]**  15/5 15/5  23/1
**larger [1]**  28/18
**last [6]**  2/25 3/2  4/19 5/1 11/9 22/23
**law [5]**  4/21 16/1  19/1 26/3 28/23
**laws [1]**  24/24
**lawsuit [1]**  10/19
**lay [1]**  11/15
**laying [2]**  28/18  28/21
**least [2]**  6/7 26/16
**leave [4]**  5/25 18/6  20/24 26/21
**left [2]**  11/20  12/23
**legal [2]**  25/11  25/12
**legitimate [1]**  3/13
**length [1]**  4/19
**letting [1]**  22/13
**level [1]**  6/2
**Lex [1]**  4/17
**LexisNexis [2]**  10/17 10/18
**liable [1]**  13/13
**light [1]**  27/14
**limitations [1]**  31/9
**listen [2]**  7/12  14/6
**litigation [1]**  29/1
**little [4]**  7/20  10/2 20/15 21/12
**livestream [1]**  14/21
**living [2]**  29/10  29/12
**loans [1]**  25/16
**local [1]**  21/8
**locate [1]**  30/1
**location [3]**  5/17  5/18 10/8
**long [2]**  18/24  27/12
**look [2]**  10/23  16/25
**looked [1]**  17/22
**looking [1]**  18/8
**lose [1]**  17/18
**loss [2]**  16/16 17/2
**lot [5]**  7/2 14/1

19/25 25/17 29/6
**love [2]**  3/14 4/19

## M

**magistrate [1]**  10/24
**mail [3]**  2/15 3/10  18/17
**mails [9]**  2/15 2/16  2/17 3/10 3/11 4/25  5/12 10/3 18/17
**maintain [1]**  16/13
**maintains [1]**  7/18
**major [1]**  8/25
**majority [1]**  29/19
**makes [1]**  12/1
**making [2]**  14/7  16/8
**man [6]**  7/11 8/14  9/3 9/5 20/7 28/19
**manner [2]**  12/7  26/3
**many [2]**  11/1 11/2
**March [14]**  17/25  18/1 18/7 18/7 18/8  19/7 23/5 23/9  23/24 26/10 27/3  27/10 27/14 27/19
**March 13th [1]**  18/7
**March 17th [3]**  19/7  23/9 23/24
**March 20th [1]**  26/10
**March 27th [1]**  18/8
**March 30th [1]**  27/3
**Marxist [1]**  12/23
**mass [1]**  13/1
**matter [11]**  2/8 8/6  12/3 21/3 24/8  24/19 25/2 25/3  25/7 27/17 31/6
**may [12]**  3/1 5/11  5/13 6/20 6/22 7/25  8/11 18/1 18/18  20/16 23/22 24/1
**maybe [3]**  8/5 13/20  13/20
**mean [7]**  7/19 9/5  10/13 10/25 11/16  13/21 13/24
**media [2]**  16/21  16/23
**meet [1]**  12/2
**member [1]**  20/9
**members [1]**  19/23
**mental [4]**  6/16  6/25 21/1 23/17
**messed [1]**  7/2
**middle [3]**  10/8  18/6 20/22
**mine [2]**  6/10 17/24
**misdemeanor [1]**  21/25 22/1
**moment [1]**  27/7
**Monday [1]**  26/10
**months [2]**  17/13  23/2
**more [6]**  7/20 12/4  17/23 22/18 22/21  26/14

**morning [2]**  2/6  19/6
**MOSS [2]**  1/10 4/11
**Moss's [1]**  4/8
**Most [1]**  2/13
**mostly [1]**  10/22
**motion [13]**  1/10  3/6 3/7 6/10 17/9  17/11 24/1 24/15  25/10 25/12 25/17  26/5 26/6
**motions [1]**  2/25
**move [2]**  26/16 27/9
**movement [1]**  14/25
**moving [1]**  26/13
**Mr. [44]**
**Mr. Bannon [1]**  15/1
**Mr. Bochene [35]**
**Mr. Bochene's [8]**  3/11 6/16 10/4 11/10  11/10 12/5 25/10  26/5
**Ms. [34]**
**Ms. Akpan [13]**  3/2  5/7 5/14 9/9 11/9  17/18 17/21 18/2  20/19 22/24 27/11  27/22 27/25
**Ms. Eve [21]**  2/9  2/20 9/12 10/3 11/3  11/6 13/20 15/25  17/8 17/20 18/24  20/19 21/4 21/19  22/6 22/20 22/21  24/2 27/6 28/4 30/1
**much [4]**  3/19 3/20  9/15 11/17
**myself [2]**  7/6 7/10

## N

**name [2]**  3/12 10/4
**named [2]**  4/13 20/7
**narrative [1]**  16/13
**necessary [1]**  23/16
**need [5]**  6/15 8/4  18/16 20/16 27/15
**needs [2]**  8/4 22/22
**New [3]**  13/24 21/5  22/8
**next [8]**  3/15 3/16  4/5 4/5 4/7 4/12  4/15 4/18
**nobody [2]**  20/2  20/5
**none [3]**  25/18  25/20 26/3
**Northern [2]**  21/5  22/8
**NOTE [1]**  31/7
**notice [2]**  9/25  30/3
**November [2]**  5/1  5/2
**November 14th [1]**  5/1
**November 15th [1]**  5/2
**NSA [2]**  5/19 10/10
**number [2]**  3/12  4/17

**N**

numbers [1]   7/17
NW [2]   1/18 1/24

**O**

oaths [3]   18/19
18/21 19/2
Obama [1]   3/15
object [1]   23/1
objecting [1]   11/25
objection [1]   24/10
obligation [1]
12/15
observe [1]   16/15
occurred [3]   8/9
24/25 31/7
offer [2]   13/16
14/15
offered [2]   9/4
11/18
office [10]   8/13
9/7 9/8 18/19 18/22
19/2 21/8 22/4 22/5
22/8
officers [2]   16/8
28/20
offices [1]   13/24
official [2]   1/23
31/3
old [1]   29/15
Oliver [1]   4/16
one [18]   3/13 3/15
3/16 4/5 4/5 4/7
4/12 4/15 4/18 4/19
4/24 5/1 11/17
11/20 12/14 19/23
21/21 29/3
one-sided [1]   12/14
ones [1]   6/24
only [8]   8/3 10/23
11/20 15/19 21/21
25/13 28/13 28/24
opening [1]   13/24
operating [2]   20/4
25/5
opinions [1]   11/12
opportunity [1]
23/16
option [2]   11/20
21/21
order [5]   6/15
12/10 29/22 30/3
30/6
organization [4]
9/3 9/5 10/14 20/10
others [1]   13/15
out [6]   5/17 20/16
20/17 22/14 28/2
29/6
outside [2]   16/23
28/19
outweigh [2]   23/12
27/20
over [5]   8/10 12/25
24/19 25/1 29/8

**P**

PA [2]   1/14 1/15
paid [1]   21/19

paper [1]   29/22
parading [2]   16/6
16/10
part [2]   4/21 16/8
participant [1]
5/23
particular [1]
23/13
parties [2]   28/19
30/2
party [4]   12/16
12/17 13/19 21/11
passed [1]   24/24
past [4]   21/17
21/18 26/15 29/10
pay [1]   9/5
peace [4]   3/14 4/19
12/19 16/8
peaceful [1]   15/23
pejorative [1]   7/5
Pennsylvania [1]
10/25
people [3]   10/5
11/1 14/9
perfectly [1]   5/21
perhaps [3]   2/9
10/2 22/2
personal [3]   8/6
24/4 24/5
perspective [1]
2/11
pharmacy [1]   4/8
Philadelphia [1]
1/15
phone [1]   3/12
physical [1]   25/20
place [1]   11/22
Plaintiff [1]   1/5
plea [2]   2/23 9/4
pleadings [1]   18/23
pleas [1]   11/18
please [3]   3/24 4/4
31/7
podcast [1]   4/17
point [2]   22/17
29/13
points [1]   10/25
police [2]   13/23
16/8
political [1]   16/14
porn [1]   4/9
position [4]   2/22
7/7 12/6 17/16
possible [2]   20/9
21/20
potentially [1]
10/4
power [1]   24/23
powers [2]   3/19
10/3
predatory [1]   17/14
preference [1]
18/14
present [7]   7/10
11/22 13/3 13/4
13/5 13/7 15/17
presented [1]   25/11
press [2]   16/2 16/3
presume [1]   8/17
presumption [1]

25/6
presumption/assumption [1]
25/6
pretrial [2]   2/25
29/23
pretty [1]   12/1
previously [2]
17/22 27/18
prior [1]   12/10
Prisons [2]   21/23
21/24
private [1]   20/1
probable [2]   24/2
24/3
probably [3]   3/18
11/25 17/13
proceed [4]   9/10
11/4 11/16 12/11
proceedings [3]
5/23 30/8 31/5
procuring [1]   25/15
production [1]   4/6
professional [3]
6/16 23/17 30/2
profiles [1]   7/22
proof [4]   4/6 12/3
13/7 25/23
proper [2]   18/18
28/9
property [2]   16/17
24/22
proposed [2]   30/4
30/5
prosecution [2]   8/4
17/14
prosecutor [4]   5/12
13/17 24/13 24/14
prosecutor's [1]
24/16
protect [2]   24/21
24/22
protests [1]   15/20
provide [4]   6/16
23/16 24/1 24/2
provided [3]   22/20
22/22 22/24
provider [1]   10/21
provocateurs [7]
12/20 12/21 13/1
13/12 15/24 16/12
16/17
PS [1]   4/18
psychoanalysts [1]
7/2
psychological [1]
7/22
psychology [1]   7/1
public [6]   3/23
4/21 12/19 13/1
23/12 27/20
put [5]   10/12 20/24
28/9 28/18 29/7
Putin [1]   4/16

**Q**

quite [1]   15/15

**R**

racist [1]   4/16
raise [2]   27/22

28/7
raised [2]   26/4
29/9
raising [1]   7/7
Raland [1]   19/20
RANDOLPH [1]   1/10
rather [2]   20/1
21/21
reach [1]   2/14
read [2]   10/15
19/18
ready [3]   17/5
17/11 28/1
really [12]   6/25
9/15 13/22 17/3
17/13 20/1 20/2
20/2 20/23 28/8
28/15 29/2
reason [1]   10/12
reasons [2]   23/20
27/18
receipt [1]   25/15
receive [2]   18/22
18/23
received [8]   2/17
3/10 5/2 18/18
18/20 22/17 22/18
23/2
recently [1]   2/14
recognizing [1]
7/11
record [10]   5/21
10/9 12/1 12/2
12/21 12/25 13/21
13/21 15/9 15/9
recorded [1]   4/1
records [1]   10/21
recruiting [1]   10/9
recruits [1]   5/18
reference [1]   4/11
referenced [2]   4/18
25/14
referring [1]   19/17
refuse [1]   4/10
refusing [1]   9/1
regard [1]   11/16
regarding [1]   11/12
regards [1]   20/3
registered [1]
18/17
regulate [1]   24/23
regulating [1]
24/24
reinforced [1]   6/10
rejected [1]   11/18
related [1]   28/10
relates [1]   8/21
relating [2]   9/25
10/22
relatively [1]   15/5
remotely [2]   31/5
31/9
repentance [1]   10/1
report [6]   3/21
4/14 6/17 10/17
22/11 22/12
reported [1]   31/5
Reporter [3]   1/22
1/23 31/3
reporting [1]   31/9

**R**

reports [2]   16/21
17/1
represent [9]   6/8
6/18 7/8 11/11
11/14 13/2 21/2
23/19 27/17
representing [1]
12/6
required [1]   18/25
requirements [1]
12/8
research [1]   16/21
researched [1]   8/12
resolve [1]   2/23
resolved [1]   11/17
respect [6]   13/16
17/10 24/15 24/16
25/2 25/22
respects [1]   24/24
respond [3]   5/6
5/11 5/11
responded [2]   24/14
24/17
responding [1]   5/14
response [5]   2/17
3/5 3/6 3/7 6/7
responses [1]   3/22
restitution [1]   9/5
return [1]   28/11
returns [1]   7/18
ridiculous [1]   9/4
right [10]   4/9 5/3
11/1 12/5 12/22
13/18 17/15 18/12
23/6 29/4
Rights [1]   16/2
rioter [1]   22/25
risen [1]   6/2
Room [1]   1/24
rule [1]   17/9
rules [4]   11/14
11/15 11/24 19/1
run [1]   27/3

**S**

same [1]   15/24
satisfies [1]   12/7
saying [1]   13/10
schedule [2]   6/13
11/21
scheduled [2]   18/4
26/10
scheduling [1]   9/13
section [1]   25/14
security [2]   7/14
7/17
seeing [1]   28/10
seems [1]   28/17
selection [2]   23/5
26/11
self [1]   16/9
self-evident [1]
16/9
sending [1]   5/12
sense [1]   8/20
sent [2]   2/15 10/3
sentence [2]   11/25
14/15

sentencing [4]   26/9
26/13 26/16 26/17
separately [1]   5/7
September [1]   3/2
serve [1]   23/11
service [2]   10/21
18/18
set [2]   2/8 12/8
setting [1]   30/3
settled [1]   20/1
Seven [1]   4/25
Shanghai [1]   29/7
show [1]   25/24
showed [1]   22/25
shows [1]   12/19
side [1]   16/12
sided [1]   12/14
silence [1]   17/15
simply [1]   13/9
situation [1]   8/18
Social [1]   7/17
somebody [4]   21/6
21/8 21/15 21/17
somehow [4]   10/4
10/5 13/13 14/24
someone [1]   22/3
sometime [1]   17/24
son [1]   4/8
sorry [9]   9/11 9/23
14/14 17/19 20/14
20/20 24/11 26/20
27/1
sort [3]   20/16
20/17 29/6
sound [1]   4/24
sounds [2]   8/25
12/14
sovereign [2]   9/17
20/10
sovereignty [1]
9/18
speak [4]   3/2 9/23
9/24 24/12
specific [1]   28/19
speedy [4]   23/10
23/13 27/13 27/21
spoke [3]   9/12 11/8
17/21
spoken [1]   3/3
stage [1]   22/20
stand [2]   2/8 7/11
standby [4]   1/17
2/5 2/16 23/14
standing [1]   13/9
start [5]   2/9 19/6
19/8 26/12 27/2
started [2]   14/6
14/7
starting [2]   20/18
27/10
state [3]   10/20
15/8 21/12
statement [1]   5/9
statements [1]
11/23
STATES [5]   1/1 1/4
1/11 2/3 19/20
status [6]   1/10 3/1
4/12 4/14 22/10
22/12

statute [2]   25/13
25/14
statutes [2]   19/24
24/20
stay [1]   29/5
stay-at-home [1]
29/5
stealing [1]   15/24
step [1]   28/1
Steve [1]   14/24
still [4]   7/10
13/25 25/5 26/11
Stone [1]   4/16
Street [1]   1/15
stress [1]   16/14
strikes [1]   22/1
strong [1]   11/12
studied [1]   7/12
subject [5]   6/15
8/6 24/5 24/6 31/8
submission [1]   30/4
subrogation [1]
25/17
subsequent [1]   30/6
subsequently [1]
30/3
suggestion [1]   11/3
suggestions [1]
10/3
Suite [1]   1/18
support [1]   13/4
supported [2]   13/9
15/1
suppress [1]   11/13
Supreme [2]   19/15
19/19
sure [6]   3/12 5/8
5/10 12/18 19/2
19/16

**T**

Tactics [1]   4/22
talk [5]   14/21
21/13 25/17 25/19
28/11
talking [1]   14/23
tampered [1]   3/21
tampering [4]   14/1
14/3 17/15 17/18
targeted [1]   16/13
tax [1]   7/17
taxable [1]   25/18
tea [1]   14/10
tear [1]   16/22
technological [1]
31/9
telling [1]   11/2
tend [1]   7/2
term [1]   8/13
terms [1]   2/22
terribly [1]   27/12
territorial [3]   8/5
13/20 13/20
terrorist [1]   20/10
thanks [1]   29/20
theatrics [1]   17/1
theft [1]   5/16
therefore [2]   25/1
31/8
third [1]   21/11

thought [2]   13/12
26/15
threat [2]   6/2
19/13
threatened [1]
13/25
threatening [1]
5/12
three [3]   2/15 8/4
8/5
Thursday [1]   26/15
tiered [1]   8/15
today [8]   2/8 6/13
9/14 12/9 22/9
27/23 28/4 28/7
told [2]   3/4 23/5
tolerate [2]   5/22
6/3
toll [1]   23/23
torts [1]   25/20
towards [2]   5/23
6/4
transcript [2]   1/10
31/4
treaty [1]   16/20
trial [43]
tried [2]   3/21
26/16
troubling [1]   20/5
trucking [1]   10/24
true [3]   19/4 25/22
31/4
Trump [1]   16/9
trust [2]   4/21
10/13
trustees [1]   25/17
trusts [2]   9/25
25/18
try [2]   26/13 28/1
trying [5]   2/20
2/21 9/11 14/21
29/5
Tuesday [1]   26/12
turn [2]   11/11 28/2
turned [1]   29/16
two [5]   4/21 8/15
9/1 18/6 20/22
two-tiered [1]   8/15
type [2]   6/3 25/24

**U**

U.S [7]   1/23 21/8
22/3 22/5 22/7 25/6
25/8
U.S.C [3]   19/24
19/24 25/14
UAE [1]   5/17
UBONG [2]   1/17 2/5
Ukraine [1]   4/17
ultimately [1]
24/17
unacceptable [1]
5/25
unavailability [1]
27/15
Uncommon [1]   4/21
under [8]   8/23 8/24
12/15 19/13 23/9
25/6 25/8 27/13
understood [1]   9/13

**U**

Unfortunately [2]
 20/21 21/20
UNITED [5]   1/1 1/4
 1/11 2/3 19/19
universal [1]   16/1
university [1]
 21/16
unknown [1]   4/15
unmute [1]   9/12
up [4]   6/1 7/2
 10/15 19/23
update [1]   2/10
updates [1]   2/10
upon [1]   29/7
USAO [1]   1/14
USAO-PA [1]   1/14
use [1]   7/6
used [1]   4/13
using [1]   22/25

**V**

vague [1]   9/6
variety [1]   11/13
venue [1]   25/1
verbal [1]   24/1
versed [1]   7/1
Vet [1]   4/12
veteran [1]   4/14
video [9]   1/10 2/4
 2/4 4/7 12/18 16/7
 20/7 22/24 22/25
videoconference [1]
 31/8
Vienna [1]   16/20
view [1]   9/9
violation [2]   10/24
 26/3
Virginia [1]   9/8
Vladimir [1]   4/16
voicemail [1]   20/6
voir [1]   30/5

**W**

wait [2]   9/22 29/25
waive [1]   18/13
wants [5]   9/4 11/23
 12/8 20/3 26/13
war [2]   4/16 16/20
was something [1]
 4/20
Washington [3]   1/6
 1/18 1/25
watered [1]   16/24
way [7]   2/23 3/8
 5/17 8/21 11/17
 14/16 17/1
weaponized [1]
 14/10
weaponizes [1]   14/9
week [9]   3/2 11/9
 18/1 18/7 18/8
 20/18 20/22 22/11
 23/15
weeks [2]   18/6
 20/22
welcome [1]   5/8
what's [2]   10/9
 29/8

where's [7]   12/17
 12/17 13/19 16/6
 16/6 16/10 16/10
who's [1]   13/25
whore [1]   3/14
wife [1]   13/25
willfully [1]   26/1
window [1]   23/1
wing [2]   12/22
 12/23
within [1]   24/23
witness [8]   3/20
 12/18 13/19 14/1
 14/3 16/15 17/15
 17/18
witnessed [2]   14/4
 16/11
witnesses [1]   13/15
woman [1]   28/19
wonder [1]   6/7
wondering [1]   26/11
word [1]   7/6
work [5]   19/7 21/4
 23/17 27/4 27/6
worked [2]   7/21
 16/4
working [2]   10/5
 20/11
works [3]   19/9
 19/11 21/17
world [1]   12/25

**X**

xomax.codev [1]
 3/11

**Y**

York [3]   13/25 21/6
 22/8
YouTube [3]   4/7
 4/18 4/20