IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 21-418 |
| ERIC J. BOCHENE | : | |

*O R D E R*

AND NOW, this _____ day of _____, 2023, upon consideration of the Government's Motion to Amend Caption of the Information, it is hereby

*O R D E R E D*

that the caption of the Information in this matter shall be amended to charge United States of America v. Eric J. Bochenek, a/k/a Eric J. Bochene, and all future notices, pleadings and documents filed in this matter shall reflect the amended caption.

BY THE COURT:

_____
**HON. RANDOLPH D. MOSS**
**United States District Court Judge**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | CRIMINAL NO. 21-418 |
| **ERIC J. BOCHENE** | : | |

### GOVERNMENT'S MOTION TO AMEND
### THE CAPTION OF THE INFORMATION

The United States of America, by and through the United States Attorney for the District of Columbia, respectfully moves for an order to amend the caption of the Information in this matter and in support states as follows:

1. On June 21, 2021, the United States Attorney filed an Information in this district that charged Eric J. Bochene with Entering and Remaining in a Restricted Building, in violation of 18 U.S.C. § 1752(a)(1) (Count One); Disorderly and Disruptive Conduct in a Restricted Building, in violation of 18 U.S.C. § 1752(a)(2) (Count Two); Violent Entry and Disorderly Conduct and Parading, Demonstrating, or Picketing in a Capitol Building, in violation of 40 U.S.C. S 5102(e)(2)(D) (Count Three); and, Parading, Demonstrating, or Picketing in a Capitol Building, in violation of 40 U.S.C. § 5104(e)(2)(G) (Count Four).

2. The defendant known as Eric J. Bochene has offered a copy of his birth certificate and offered to this Court that his name is actually Eric Joseph Bochenek.

Wherefore, the government moves pursuant to Rule 12(b) of the Federal Rules of Criminal Procedure to amend the caption of the Information in this matter to charge United States of America v. Eric J. Bochenek, a/k/a Eric J. Bochene, and direct that all future notices,

pleadings and documents filed in this matter reflect the amended caption.

                                      Respectfully submitted,

                                      MATTHEW GRAVES
                                      United States Attorney
                                        D.C. Bar No. 481052

                                      /s/ *Anita Eve*
                                      ANITA EVE
                                      Assistant United States Attorney (Detailee)
                                      PA Bar No. 45519
                                      Cell No. (215) 764-2177
                                      Anita.eve@usdoj.gov

                                      MATTHEW GRAVES
                                      *United States Attorney*


                                      /s/ ANITA EVE
                                      Anita Eve
                                      *Assistant United States Attorney*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Government's Motion to Amend the Caption of the Information has been filed and served upon the parties listed on the Electronic Case Filing (ECF) System, is available for viewing and downloading from the ECF system, and served by electronic mail upon the following:

> Eric J. Bochenek, a/k/a Eric J. Bochene
> mail@sansmetics.net
> ericbochene@gmail.com
> xomox.codev@icloud.com

        /s Anita Eve
ANITA EVE
Assistant United States Attorney

Date: February 16, 2023