IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| v. | : CRIMINAL NO. 21-418 |
| **ERIC BOCHENE** | : |

**GOVERNMENT'S FILING OF EVALUATION REPORT**

As requested by the Court, Dkt. 48, attached please find the evaluation report submitted by Dr. Mikesell.

    Respectfully submitted,

    MATTHEW GRAVES
    United States Attorney
    D.C. Bar No. 481052

    /s/ *Anita Eve*
    ANITA EVE
    Assistant United States Attorney (Detailee)
    PA Bar No. 45519
    United States Attorney's Office
    District of Columbia
    Cell No. (215) 764-2177
    Anita.eve@usdoj.gov