IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | CRIMINAL NO. 21-418 |
| **ERIC J. BOCHENE** | : | |

### *GOVERNMENT'S RESPONSE TO DEFENDANT'S SPECIAL APPEARANCE AND MOTION TO STAY*

The United States of America, by and through the United States Attorney for the District of Columbia, submits this response to a pleading received by the government on April 20, 2023 from defendant Eric J. Bochene captioned "Special Appearance and Motion to Stay."

1. On April 20, 2023, the government received a pleading from the defendant captioned "Special Appearance and Motion to Stay." The pleading was not filed with the Court and, therefore, does not appear on the Court's docket. The government is unaware of the Court's receipt of the pleading.

2. Per the pleading, the defendant refers to his involvement in an automobile accident on April 10, 2023 and injuries that he suffered in the accident. Additionally, he has indicated that the accident occurred in the state of New York.

3. In the same pleading, the defendant notes that he was awaiting a response from individuals and organizations he had contacted for legal advice with regard to this case.

4. Although the defendant's pleading makes reference to a "stay," he failed to identify a length of time for a "stay" and what date he intended to be stayed. At present, the only future date set by the Court in this matter is that of the trial, which is scheduled to commence on

August 7, 2023, more than 90 days from the date of the defendant's pleading.

5.     The government respectfully requests guidance from the Court regarding the defendant's pleading and with respect to future proceedings in this matter.

>                    Respectfully submitted,
>
>                    MATTHEW GRAVES
>                    United States Attorney
>                    D.C. Bar No. 481052
>
>                    /s/ *Anita Eve*
>                    ANITA EVE
>                    Assistant United States Attorney (Detailee)
>                    PA Bar No. 45519
>                    Cell No. (215) 764-2177
>                    Anita.eve@usdoj.gov

# **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the Government's Response to Defendant's Special Appearance and Motion to Stay has been filed and served upon the parties listed on the Electronic Case Filing (ECF) System, is available for viewing and downloading from the ECF system, and served by electronic mail upon the following:

>Eric J. Bochenek, a/k/a Eric J. Bochene
>mail@sansmetics.net
>ericbochene@gmail.com
>xomox.codev@icloud.com

>/s Anita Eve
>ANITA EVE
>Assistant United States Attorney

Date: May 1, 2023