# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA,**
Alleging Injured Party Status, Accuser,
Presenter, Plaintiff in error

V.

**Eric Bochene, a man**
Under the Color of Law, Named in Error
and Alleged to Be the Injuring Party,
Accused, Presentee, Defendant;
"~~ERIC BOCHENE~~", "~~ERIC J. BOCHENE~~"

Leave to file GRANTED

_____
RANDOLPH D. MOSS         DATE
United States District Judge

4/24/23

**CASE NO. 1:21-CR-418 (RDM)**

Date: 19th of April 2023 (current era)

# SPECIAL APPEARANCE
# AND MOTION TO STAY

**COMES NOW, Eric Bochene**, the living breathing man and hereafter "Beneficiary" to the Trust: ERIC BOCHENE ©, the wrongfully named "Defendant" as: "ERIC BOCHENE" herein "Authorized Representative/Agent" via Special Appearance, Attorney-in-Fact, In Propia Persona and Sui Juris in the above styled and numbered Cause — herein referred to as "Eric" — herein petitions for a Motion To Stay based upon the following circumstances:

1.) "Eric" was in an automobile accident on the 10th of April and has been slowly recovering from neck and back pain as a result of the accident and if the court needs to confirm accident, I am certain it can access the New York State DMV records.

2.) In regards to the more recent developments and circumstances regarding Anita Eve's/the Government's violations of the court's order and thus violations of Eric's rights, he is still waiting for a response/reply back from a few individuals and organizations he has reached out to seeking legal counsel to advise on certain aspects.

3.) Eric is seeking and examining various remedies, solutions and relief strategies for, and as per Randolph D. Moss' own words… "the harms and injuries" that have been inflicted upon him – namely via private arbitration/equity.

4.) Point(s) of Clarification by the "court" as to the current status of Anita D. Eve's role (if any).

5.) Preventing any further irreparable harm(s) to Eric per the 5th Amendment.

**Citations**: *"[T]he court in which an action is pending may grant a stay of proceedings in a proper case, upon such terms as may be just."* (Civ. Prac. Law&Rules, §2201.) New York State and *"In considering a stay request, federal courts begin by considering the extent to which a defendant's Fifth Amendment rights are implicated."* (See King v. Olympic Pipe Line (2000) 104 Wn. App. 338…)

Respectfully Authored and Noticed,
Eric Bochene, Authorized Agent/Representative UCC1-207/308

By: _____ LS _____ Authorized Representative UCC 1-207/308
Eric Bochene, Authorized Representative/Agent
c/o JOSEPH ERIC BOCHENEK WHFIT *Ens Legis*

## CERTIFICATE OF SERVICE

A Copy of this motion will be served on the Clerk of the Court, Angela D. Caesar, with copies forwarded to Kristin Thompson, Randolph D. Moss and Ubong E. Akpan via electronic mail to the following addresses:

dcd_cmecf@dcd.uscourts.gov, kristin_thompson@dcd.uscourts.gov, anita.eve@usdoj.gov, Ubong_Akpan@fd.org

By: _LS /s/ Eric Bochene_ Authorized Representative UCC 1-207/308
Eric Bochene, Authorized Representative/Agent
c/o JOSEPH ERIC BOCHENEK WHFIT *Ens Legis*