# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v.   : | Case No. 1:21-cr-00418-RDM |
| : | |
| **ERIC BOCHENE,** : | |
| : | |
| **Defendant.** : | |

## NOTICE OF ATTORNEY APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Deputy Chief Michael J. Romano, detailed to the United States Attorney's Office for the District of Columbia, who is entering his appearance in this matter on behalf of the United States. Mr. Romano joins Ms. Eve, who remains assigned to the case.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:    /s/ *Michael J. Romano*
MICHAEL J. ROMANO
IL Bar No. 6293658
Deputy Chief, Capitol Siege Section
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W., Rm. 6.1203
Washington, D.C. 20530
Telephone No. (202) 252-7154
michael.romano2@usdoj.gov