UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ERIC BOCHENE,<br><br>    *Defendant*. | Criminal Action No. 21-418 (RDM) |

**ORDER**

The parties are hereby **ORDERED** to review the preliminary jury instructions and voir dire provided herein, and to be prepared with any objections at tomorrow's in person pretrial conference. It is further **ORDERED** that Ms. Akpan shall forward these materials to Mr. Bochene as soon as possible.

**SO ORDERED**.

/s/ Randolph D. Moss
RANDOLPH D. MOSS
United States District Judge

Date:  July 17, 2023