UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>  v.<br><br>**ERIC BOCHENE,**<br><br>  Defendant. | Case No. 1:21-cr-418 (RDM) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and Deputy Chief Assistant United States Attorney Karen Rochlin, hereby informs the Court and gives notice that Deputy Chief Assistant United States Attorney Karen Rochlin hereby withdraws her appearance in this matter on behalf of the United States.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

 /s/ *Karen Rochlin*
KAREN ROCHLIN
DC Bar No. 394447
Deputy Chief Assistant United States Attorney
Detailed to the United States Attorney's Office
District of Columbia
601 D Street, N.W.
Washington, D.C. 20582
(786) 972-9045
Karen.Rochlin@usdoj.gov