NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**WASHINGTON, D.C.  20001**

UNITED STATES OF AMERICA

vs.                                                       Criminal Number  1:21-CR-418 (RDM)

# ERIC BOCHENE
(Defendant)


TO:    ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

☐ CJA          ☐ RETAINED          ☒ FEDERAL PUBLIC DEFENDER

*s/John J. Gilsenan, Esq.*
(Signature)


**PLEASE PRINT THE FOLLOWING INFORMATION:**

John J. Gilsenan, Esq.; Bar Roll No. 700557
*(Attorney & Bar ID Number)*
Office of the Federal Public Defender
*(Firm Name)*
4 Clinton Square, 3rd Floor
*(Street Address)*
Syracuse, NY 13202
*(City)          (State)          (Zip)*
(315) 701-0080
*(Telephone Number)*