```
1                IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
2
    - - - - - - - - - - - - - - - x
3   THE UNITED STATES OF AMERICA,
                                        Criminal Action No.
4                 Plaintiff,            1:21-cr-00418-RDM-1
                                        Friday, November 5, 2021
5   vs.                                 12:10 p.m.

6   ERIC BOCHENE,

7                 Defendant.
    - - - - - - - - - - - - - - - x
8

9   _____

10                TRANSCRIPT OF STATUS HEARING
         HELD BEFORE THE HONORABLE RANDOLPH D. MOSS
11                UNITED STATES DISTRICT JUDGE
    _____

12  APPEARANCES:

13  For the United States:      ANITA EVE, ESQ.
                                U.S. ATTORNEY'S OFFICE/PA
14                              615 Chestnut Street
                                Philadelphia, PA 19106
15                              (215) 861-8577
                                anita.eve@usdoj.gov
16
    For the Defendant:          ERIC BOCHENE, Pro Se
17
                                JOHN GILSENAN, ESQ.
18                              FEDERAL PUBLIC DEFENDERS
                                4 Clinton Square, 3rd Floor
19                              Syracuse, NY 13202
                                (315) 701-0080
20                              John_Gilsenan@fd.org

21
    Court Reporter:             Lisa A. Moreira, RDR, CRR
22                              Official Court Reporter
                                U.S. Courthouse, Room 6718
23                              333 Constitution Avenue, NW
                                Washington, DC  20001
24                              (202) 354-3187

25
```

```
 1                    P R O C E E D I N G S
 2            THE COURTROOM DEPUTY:  Your Honor, this is
 3   Criminal Action 21-418, The United States of America vs.
 4   Eric Bochene.  The defendant is appearing by video.  Also by
 5   video for the government, Anita Eve, and, as standby counsel
 6   for defendant, John Gilsenan.
 7            THE COURT:  All right.  Well, thank you, all.
 8            Mr. Bochene, let me start by asking you whether
 9   you have any objection to doing this by video instead of in
10   person?
11            (Pause)
12            THE COURT:  You're on mute.
13            (Pause)
14            THE COURT:  You're still on mute.
15            MR. BOCHENE:  Sorry.  Sorry about that.
16            No, your question -- the answer to your question,
17   no, I do not.
18            THE COURT:  Okay.  Thank you.  And I'll remind
19   everyone as well about the Court's rules.  You may not
20   record or rebroadcast these proceedings.
21            Ms. Eve, I don't know what was going on with your
22   computer, but I will -- this is the second time, I think,
23   when we've had to wait 10 or 15 minutes for you at the
24   beginning of one of these proceedings; so if you can make
25   sure of -- any problems you have, that you get that
```

1     technology fixed so the Court and the parties aren't

2     waiting.

3                    MS. EVE:  Yes, sir.

4                    THE COURT:  So I received -- I don't know if the

5     government has received it yet, but I did receive this

6     morning a motion from Mr. Bochene for a change of venue.

7     Ms. Eve, have you received that yet?

8                    MS. EVE:  I have not, Your Honor.  I think that

9     one of the problems is that Mr. Bochene sends items to my

10    office, and then, because of the pandemic, what the mailroom

11    does is they gather the mail and then they forward it to my

12    home address.  I am headed into the office this afternoon,

13    but I have not received Mr. Bochene's submission to the

14    Court.

15                   THE COURT:  Yes, Mr. Bochene.

16                   MR. BOCHENE:  May I also interject just with a

17    quick question?  It's not a -- when I did go to the FedEx,

18    the database was pulling up a room number for you, but I do

19    not have that address, so just in the spirit of having

20    things more -- should I or should I not include a room

21    number or just it's irrelevant?

22                   MS. EVE:  I'm not sure if Mr. Bochene's question

23    is directed to me or to the Court.  But if he were to file

24    things electronically, then I would receive them at the same

25    time that the Court does, but I don't believe he's filing

1    things electronically.

2          THE COURT:  His question for you is that he's

3    mailing it to you, should he include the room number?

4          MS. EVE:  He could include the room number, but if

5    he addresses things to the U.S. Attorney's Office, then it

6    would automatically make its way to me no matter what, if he

7    puts Suite 1250 or not.

8          THE COURT:  Well, we are going to docket what

9    Mr. Bochene files so you'll receive it that way as well.  So

10   it will come up that way.

11         How much time, Ms. Eve, would you like to respond

12   to Mr. Bochene's motion for change of venue?

13         MS. EVE:  Your Honor, if I could have one week,

14   that would be amenable to the government's schedule.

15         THE COURT:  Is that enough time for you?

16         MS. EVE:  One week, yes, Your Honor.

17         THE COURT:  All right.  Well, I'm not sure exactly

18   when it's going to be in your hands.

19         MR. BOCHENE:  May I --

20         THE COURT:  Yes, go ahead, Mr. Bochene.

21         MR. BOCHENE:  Now, Mr. Gilsenan also suggested

22   that there is a way for me to file electronically.  I do

23   have a PACER account, but I do not see any methodology, so

24   if it is true that I can file electronically via PACER, I

25   don't -- I need more than just a yes or no or you can.  I

1    mean, I'm not being -- I'm trying to --

2           THE COURT:  I don't know that you can.  It may be

3    that in criminal cases -- you can only do so in civil cases,

4    but in criminal cases, I don't know if there is a means for

5    which people who are proceeding pro se can file

6    electronically.

7           You're welcome to confer with the clerk's office

8    about that, but I'm not aware of a way, so I think your

9    FedEx going to the clerk's office for now, at least, is the

10   best way to do it.

11          MR. BOCHENE:  And I have email -- I did email all

12   parties because my -- as you know, Judge -- I don't know how

13   technology -- technically oriented you are, but it's in a

14   proper PDF format so the references are clickable links.  So

15   everybody should have the email, plus I filed, you know, one

16   copy.

17          THE COURT:  Okay.  And just so that you

18   understand, if you actually want it to be docketed, though,

19   you can't -- you actually have to send it to the clerk's

20   office.  You know, Kristin can't docket it for you.

21          MR. BOCHENE:  No, no, I did.

22          THE COURT:  I appreciate it.  I just want to make

23   sure you understood that as well.  So that's fine.

24          So I will give -- today is the 5th, and I assume

25   that you'll receive it by Monday, Ms. Eve, and so -- well, I

1    assume you'll get it by Tuesday, so why don't I give you

2    until the 16th, then, to file your opposition.

3              MS. EVE:  Yes, Your Honor.

4              THE COURT:  And then you're entitled to file a

5    reply brief, Mr. Bochene, if you'd like to.  When would you

6    like to do that?

7              MR. BOCHENE:  I'm sorry, I didn't quite get the

8    term you said, Judge.

9              THE COURT:  The government will file a brief in

10    opposition to your motion.

11              MR. BOCHENE:  Okay.

12              THE COURT:  You're allowed to have the last word

13    on the motion.  You can file a response to whatever the

14    government says, and it should be limited to what the

15    government says, and I'm just asking how much time you would

16    like to do that.

17              MR. BOCHENE:  Well, what was the exact term?  So

18    she would file a brief, and then I can?

19              THE COURT:  She files an opposition, and then you

20    file a reply.

21              MR. BOCHENE:  If she may.  I mean, she may or may

22    not choose.  We shouldn't speak for what her intent --

23              THE COURT:  I can leave that up to her.

24              MR. BOCHENE:  Yes, I mean, to be honest, I did

25    leave out a few points there, but I think -- I think the

1    Court and the prosecutor might have them in their mind as

2    well.

3                    THE COURT:  Okay.  So when would you like to file

4    your reply brief?

5                    MR. BOCHENE:  Well, if you're giving her a week --

6    you're giving her a week, correct?

7                    THE COURT:  Yes.  I'd give her more time if she

8    wants.  But if she wants a week, that's fine.

9                    How much time would you like?  I'm happy to give

10   you whatever you feel -- I realize you're pro se.  I'm happy

11   to give you whatever you feel you need.

12                    MR. BOCHENE:  Yes.  I mean -- I mean, if you're

13   giving her a week, then, you know, to keep a level playing

14   field, I'm pretty confident that I could come up with

15   something within a week as well.

16                    THE COURT:  Okay.  Is the 23rd okay?  That's right

17   before the Thanksgiving holiday.

18                    MR. BOCHENE:  What day of the week is that, just

19   if anybody --

20                    THE COURT:  That's a Tuesday.

21                    MR. BOCHENE:  Yes.  You know, I'm losing --

22   anyway.

23                    THE COURT:  It's up to you.  I realize -- you

24   know, I don't want to put you in a difficult situation; so

25   if you want more time, you're welcome to it.

1          MR. BOCHENE:  No, no, it's not the point of that.

2     It's more like the day of the week.  Like as we all know,

3     I'm having to devote a lot of time and energy to this

4     situation so I -- my work schedule, I've been trying to

5     basically keep it to a -- to be free during at least

6     Thursdays and Fridays, you know, workday weeks.

7          I mean, I'm very flexible, but, you know, just in

8     keeping my employer on a pattern, if we can shoot towards a

9     Thursday or Friday, that just makes things a bit better.

10          THE COURT:  I'm happy to do that except for the

11     fact that Thursday is Thanksgiving and Friday's the day

12     after Thanksgiving.  Unless you want to do Thursday or

13     Friday of the next week, which is fine as well.  So you

14     could do December 2nd or 3rd, if you prefer.

15          MR. BOCHENE:  Yes.  I assume the 2nd would be a

16     Thursday and Friday -- and 3rd would be a Friday.

17          THE COURT:  Yes.

18          MR. BOCHENE:  I appreciate you helping me out.  I

19     don't have a calendar right in front of me.

20          Yes, so the 3rd?

21          THE COURT:  Okay, December 3rd, okay, for the

22     reply.  And then I'll let the parties know if I think I need

23     to hear any argument on the motion.

24          And then, Ms. Eve, where do we stand with respect

25     to discovery?

1            MS. EVE:  Your Honor, all the discovery has been

2      supplied to Mr. Bochene.  The only thing that has not been

3      provided to him is the massive discovery that has been

4      developed in all of the Capitol riot cases investigation,

5      and Mr. Bochene and I will have to discuss him supplying a

6      hard drive in order for him to receive that.

7            THE COURT:  Okay.  Mr. Bochene, would you like to

8      provide a hard drive to Ms. Eve, and she can get you that

9      additional discovery?

10           MR. BOCHENE:  Just to be a little stickler on

11     definitions.  They go -- like four terabyte drive or a thumb

12     drive or just.

13           MS. EVE:  Your Honor, I can engage in discussions

14     with Mr. Bochene with regard to that.

15           MR. BOCHENE:  Yes, you know, just like the

16     technical specifications more -- "hard drive" is a very sort

17     of umbrella sort of term in today's world.

18           THE COURT:  I'll let the two of you talk about

19     that off line.

20           MR. BOCHENE:  Okay.

21           THE COURT:  A good possibility might be that it

22     may be that Mr. Gilsenan can also facilitate providing some

23     discovery where I think he may, as a federal public

24     defender, be able to access some of the stuff online in his

25     office -- I don't know if that's possible -- in which case

1    Mr. Bochene can come to Mr. Gilsenan's office and perhaps

2    make use of it there as well.

3              MR. BOCHENE:  Can you just -- pardon me for a

4    minute?  I hear an alarm going off.  Can you just give me

5    one second.  I'm really sorry.

6              THE COURT:  Yes.

7              MR. BOCHENE:  I want to check on -- hold on.

8              THE COURT:  Yes, that's fine.

9              MR. BOCHENE:  Okay.  No big deal.  No emergencies.

10   It was just my $CO_2$ alarm that's on its death legs doing

11   the --

12             THE COURT:  All right.

13             MR. BOCHENE:  I apologize.

14             THE COURT:  I think probably what we ought to do

15   is why don't we actually, just as a control date, have a

16   status conference on the 3rd, the day that your reply is

17   due, because then I start a trial just after that, and we'll

18   be tied up for a few weeks with the trial.  So why don't we

19   schedule something for December 3rd.

20             And, Mr. Bochene, would you like to do that by

21   video, or do you want to come in in person for that?  It

22   will just be a status and further scheduling conference.

23             MR. BOCHENE:  No, let's do this by video.  I'm a

24   little -- you know, going into D.C. and the political -- I

25   kind of tested the political climate and, you know, I got --

```
 1    I'm under threat by people on the right wing and left wing.

 2    It's a little disturbing.

 3              THE COURT:  All right.  Well, December 3rd is

 4    fine.

 5              Kristin, do you want to find a time for a video

 6    status?

 7              THE COURTROOM DEPUTY:  Sure, Your Honor.  I've

 8    referred to the items that you have on your calendar, and

 9    I'm not sure you're available.  Are you available in the

10    morning?

11              THE COURT:  Oh, let me see.  Yes, I am available

12    on December 3rd, yes.  Any time that doesn't have to be

13    on --

14              THE COURTROOM DEPUTY:  Okay.  10:00 a.m.

15              THE COURT:  Okay.  Does that work for everyone?

16              Mr. Bochene?

17              MS. EVE:  That works for the government, Your

18    Honor.

19              MR. BOCHENE:  The 3rd of December, 10:00?

20              THE COURT:  Yes.

21              MR. BOCHENE:  10:00 a.m.?

22              THE COURT:  Yes.

23              MR. BOCHENE:  Okay.

24              THE COURTROOM DEPUTY:  December what?  I think he

25    repeated the date wrong.
```

```
1                    THE COURT:  December 3rd, right?

2                    THE COURTROOM DEPUTY:  Okay.

3                    THE COURT:  December 3rd?

4                    MR. BOCHENE:  That's what I hear.  1, 2, 3,

5       correct?

6                    THE COURT:  Kristin, is that what you meant?

7                    THE COURTROOM DEPUTY:  Yes, Your Honor.  Thank

8       you, yes.

9                    THE COURT:  And, Mr. Gilsenan, does that work for

10      you?

11                   MR. GILSENAN:  Yes, it does.

12                   THE COURT:  Okay.  All right.  And I hope that by

13      then, Ms. Eve, you've worked things out with discovery so we

14      know where discovery is because I think I'll want to set a

15      further schedule at that point in time for next steps in the

16      case.

17                   MS. EVE:  I do understand that, Your Honor, but

18      I would like to bring another matter to the Court's

19      attention, which is that on the same date of our last

20      hearing I sent an email to Mr. Bochene making an inquiry,

21      and to this -- I think that was approximately two weeks ago,

22      and to this date I have not received a response to my

23      inquiry from Mr. Bochene.

24                   I also checked --

25                   THE COURT:  Back up before you move up to the next
```

1    topic.  Was this about discovery and about providing him

2    with discovery?

3              MS. EVE:  No, Your Honor, it was with regard to a

4    matter that Mr. Bochene brought up at the last hearing in

5    which he indicated that he had what was to be articulated

6    was an absolute defense to this case, and Mr. Bochene has

7    not responded to that.

8              THE COURT:  Well, you know, I think that's his

9    decision on whether he responds or not.  It's not for the

10   Court to compel him to respond.

11             But that does bring up another issue, though,

12   which is, Mr. Bochene, are there any other motions that you

13   want to file, or have you filed the only motion that you

14   intend to file in this matter?

15             If you have other motions, we should set a

16   schedule for that, too.

17             MR. BOCHENE:  I honestly can't answer that either

18   way 100 percent right now.  Is there anything -- I mean --

19             THE COURT:  Let me say this.  At the December 3rd

20   status, I will expect the parties to be prepared to discuss

21   further schedule; and if you do intend to file any further

22   motions, then you'll need to tell me on December 3rd, okay?

23             MR. BOCHENE:  Okay.

24             MS. EVE:  Yes, Your Honor.

25             THE COURT:  And the same goes for the government,

```
1    too.

2              MS. EVE:  Yes, Your Honor.  And I would note that

3    I'm tracking my records, and I have not received and nor --

4    I have not received electronically nor have I received

5    indication from my office of any filings received from

6    Mr. Bochene.  But I will investigate that further when I go

7    into the office in the next hour.

8              THE COURT:  I can tell you that the motion for

9    change of venue that I have sitting on my desk now is date-

10   stamped from the office mailroom November 4th, so they just

11   received it in the mailroom yesterday.

12             MS. EVE:  Yes, Your Honor.

13             MR. BOCHENE:  I'd like to just --

14             THE COURT:  Ms. Eve wanted to raise a second

15   issue, and I cut her off.

16             MS. EVE:  Oh, no, those are my two issues, Your

17   Honor.

18             THE COURT:  All right.  Mr. Bochene.

19             MR. BOCHENE:  Yes, I did back in August, and I

20   don't have the -- I did try to file something registered

21   certified return-receipt mail via USPS, and when I check --

22   when I log on, it says it's still in transit.  You know, I

23   don't know what to make of that.  It's from August.

24             THE COURT:  Do you have a copy of whatever it was

25   you tried to file?
```

```
 1              MR. BOCHENE:  Yes, I do.

 2              THE COURT:  I would just ask -- I would suggest

 3    you resend it if it somehow got lost in the mail.

 4              MR. BOCHENE:  Yes.  Yes, sir.

 5              THE COURT:  Okay.

 6              All right.  Anything else, Mr. Bochene, you want

 7    to raise today?

 8              MR. BOCHENE:  No, not specifically from my -- not

 9    off the top of my head, no, I don't.

10              THE COURT:  All right.  Ms. Eve, anything else you

11    want to raise today?

12              MS. EVE:  No, Your Honor.

13              THE COURT:  All right.  Mr. Gilsenan, anything you

14    want to bring up?

15              MR. GILSENAN:  No, Judge.

16              THE COURT:  All right.  Well, thank you all, and

17    we'll talk again on December 3rd.  And I will go ahead and

18    ask that our clerk's office docket Mr. Bochene's motion.

19              MR. BOCHENE:  Just -- I almost forgot.  So you've

20    asked Ms. Eve and everybody to provide a -- what did you

21    say? -- a brief, if she so chooses, to either agree or

22    disagree?

23              THE COURT:  Right.

24              MR. BOCHENE:  So will I receive any material on

25    that before December 3rd?
```

```
1              THE COURT:  Yes.

2              MR. BOCHENE:  Okay.

3              THE COURT:  I mean, I directed that she file it by

4    November 16th.  She'll have to mail it to you or send it by

5    overnight to you, but I would ask, as a courtesy, if you

6    wouldn't mind emailing that to Mr. Bochene as well so he

7    will have plenty of time for his response.

8              MR. BOCHENE:  Sorry.

9              MS. EVE:  I have Mr. Bochene's email address; so I

10   will not only mail it to him via United States mail, I will

11   also email it to him as well.

12             THE COURT:  Great.  Perfect.  Thank you.

13             All right.  Thank you, all.

14             And I do encourage you to work through this issue

15   with respect to the discovery so that we're in good shape

16   come the 3rd.  Have a nice weekend.  Thank you, all.

17             MR. BOCHENE:  All right.  Good-bye, everybody.

18   Have a good day.

19             THE COURT:  You, too.

20             (Whereupon the hearing was

21              concluded at 12:27 p.m.)

22

23

24

25
```

1    ## CERTIFICATE OF OFFICIAL COURT REPORTER

2

3            I, LISA A. MOREIRA, RDR, CRR, do hereby

4    certify that the above and foregoing constitutes a true and

5    accurate transcript of my stenographic notes and is a full,

6    true and complete transcript of the proceedings to the best

7    of my ability.

8        **NOTE:**  This hearing was held during the COVID-19

9    pandemic stay-at-home restrictions and is subject to the

10   technological limitations of court reporting remotely.

11           Dated this 15th day of August, 2021.

12

13

14                             /s/Lisa A. Moreira, RDR, CRR
                               Official Court Reporter
15                             United States Courthouse
                               Room 6718
16                             333 Constitution Avenue, NW
                               Washington, DC 20001

17

18

19

20

21

22

23

24

25