CO 526 Rev. 5/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal Case No.: 21-CR-418 |
| ) | |
| Eric Bochene ) | |

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

*Eric Bochene / ucc 1-308*
Eric Bochene / ucc 1-308 (Aug 24, 2023 12:44 EDT)

Defendant

*John J. Gilsenan, Esq.*
John J. Gilsenan, Esq. (Aug 24, 2023 13:16 EDT)

Counsel for Defendant

I consent:

*Anita Eve*
Anita Eve (Aug 24, 2023 13:37 EDT)

Assistant United States attorney

Approved:

_____    Date: 8/24/23
Randolph D. Moss
United States District Judge

# WaiverTrialByJury2018FILL_flat

Final Audit Report                                                    2023-08-24

| Created: | 2023-08-24 |
|---|---|
| By: | Ryan Molloy (ryan_molloy@nynd.uscourts.gov) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA9lbdFCaxZzFNKUZ3QgJXFKNF1I36XrKZ |

## "WaiverTrialByJury2018FILL_flat" History

- Document created by Ryan Molloy (ryan_molloy@nynd.uscourts.gov)
  2023-08-24 - 2:53:28 PM GMT- IP address: 199.107.16.121

- Document emailed to defendants@nynd.uscourts.gov for signature
  2023-08-24 - 2:54:20 PM GMT

- Email viewed by defendants@nynd.uscourts.gov
  2023-08-24 - 3:10:58 PM GMT- IP address: 199.107.16.121

- Signer defendants@nynd.uscourts.gov entered name at signing as Eric Bochene / ucc 1-308
  2023-08-24 - 4:44:30 PM GMT- IP address: 199.107.16.121

- Document e-signed by Eric Bochene / ucc 1-308 (defendants@nynd.uscourts.gov)
  Signature Date: 2023-08-24 - 4:44:32 PM GMT - Time Source: server- IP address: 199.107.16.121

- Document emailed to john_gilsenan@fd.org for signature
  2023-08-24 - 4:44:33 PM GMT

- Email viewed by john_gilsenan@fd.org
  2023-08-24 - 5:05:49 PM GMT- IP address: 206.16.244.164

- Signer john_gilsenan@fd.org entered name at signing as John J. Gilsenan, Esq.
  2023-08-24 - 5:16:17 PM GMT- IP address: 206.16.244.164

- Document e-signed by John J. Gilsenan, Esq. (john_gilsenan@fd.org)
  Signature Date: 2023-08-24 - 5:16:19 PM GMT - Time Source: server- IP address: 206.16.244.164

- Document emailed to anita.eve@usdoj.gov for signature
  2023-08-24 - 5:16:20 PM GMT

- Email viewed by anita.eve@usdoj.gov
  2023-08-24 - 5:34:54 PM GMT- IP address: 23.103.208.254



Powered by
Adobe
Acrobat Sign

- Signer anita.eve@usdoj.gov entered name at signing as Anita Eve
  2023-08-24 - 5:37:26 PM GMT- IP address: 149.101.1.117

- Document e-signed by Anita Eve (anita.eve@usdoj.gov)
  Signature Date: 2023-08-24 - 5:37:28 PM GMT - Time Source: server- IP address: 149.101.1.117

- Agreement completed.
  2023-08-24 - 5:37:28 PM GMT



Powered by
Adobe
Acrobat Sign