UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 1:21-cr-418 (RDM) |
| : | |
| ERIC J. BOCHENE, : | |
| : | |
| Defendant. : | |
| : | |

**GOVERNMENT'S NOTICE OF FILING OF EXHIBITS
PURUSANT TO LOCAL CRIMINAL RULE 49**

The United States of America, through the undersigned, hereby gives this notice pursuant to Local Criminal Rule 49, of the following exhibits that were provided to the Court and defense counsel on October 26, 2023 via USAfx, in relation to the Government's Sentencing Memorandum. These exhibits will be offered into evidence during the sentencing hearing scheduled for November 2, 2023. Because the exhibits are video clips, they are not in a format that readily permits electronic filing on CM/ECF.

The proposed exhibits are as follows:

1. Government Video Exhibit 1 is a clip depicting the defendant on the Upper West Terrace of the United States Capitol on January 6, 2021.

2. Government Video Exhibit 2 is a clip depicting the defendant entering the United States Capitol Senate Wing foyer through a broken window on January 6, 2021.

3. Government Video Exhibit 3 is entitled "2021-Staged Storming Event-001" by defendant and depicts his presence inside the United States Capitol on January 6, 2021.

If the Court accepts these proposed exhibits into evidence on or before November 2, 2023, the United States takes the position that the entered exhibits should be promptly released to the public.

                                                                   Respectfully submitted,

                                                                   MATTHEW M. GRAVES  
                                                                   United States Attorney  
                                                                   D.C. Bar No. 481052

By:      s/ ANITA EVE  
           ANITA EVE  
           Assistant United States Attorney  
           PA Bar. No. 45519

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was filed electronically, is available for viewing and downloading from the Electronic Case Filing system, and was served by electronic filing upon:

John Gilsenan, Esquire
John_gilsenan@fd.org

*Counsel for Eric J. Bochene*

　　　　　　　　　　　　　　s/ Anita Eve
　　　　　　　　　　　　　　ANITA EVE
　　　　　　　　　　　　　　Assistant United States Attorney

Date: October 26, 2023