AO 442 (Rev. 11/11) Arrest Warrant
(DC 6/6-16)

# UNITED STATES DISTRICT COURT
for the
District of Columbia

U.S. MARSHAL - DC
RECEIVED MAR 13 '24

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 0090 1:21CR00418-001 |
| Eric Bochene | ) | |
| | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay

*(name of person to be arrested)* Eric Bochene ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☑ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:
See attached petition.

Date: 3/13/2024

G. Walker
Digitally signed by G. Walker
Date: 2024.03.13 13:43:23 -04'00'

*Issuing Officer's Signature*

City and State: Washington, DC

G. Walker, Deputy Clerk
*Printed Name and Title*

### Return

This warrant was received on *(date)* 03/13/2024 , and the person was arrested on *(date)* 03/28/2024
at *(city and state)* Syracuse, NY .

Date: 04/05/2024

SDUSM
*Arresting Officer's Signature*

PETER JACKSON, SDUSM
*Printed Name and Title*