## Notice of Special Appearance

Be it known on and for the record that the spirited, living, flesh and blood man, who, but while not limited to, sometimes answers to and conducts private/non-commercial business through the *Nom de Plume / Assumed Name* [MN Stat. 333] of Eric Bochene, did, albeit non-voluntarily, come before the honourable court and did so via **Special Appearance**, not ever "generally", with **explicit reservation** of all of his **natural/god-given rights** invoked and maintained without prejudice. Further, he appeared specially and in Good Faith to settle the matters at hand **amicably** and **equitably** as it is not his nature nor his profession to engage in nor contract into matters of controversey and, he cannot assent to performance for arguing facts, law, venue, jurisdiction, etc.

Respectfully Authored and issued for filing by: **Eric Bochené**
on the ___ day of the 5th month of 2024 (current era)

**Clerk of the Court time/date stamp:**

**POST BOX:**
Eric Bochené, *Nom de Plume*
c/o Agent for Service of Process
RR C003 19D
New Hartford, New York [13413]